**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION AT CINCINNATI

Case number *(if known)* _____    Chapter   11

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | TSS Acquisition Company |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | DBA  TSS Technologies <br> DBA  R&3D Technologies <br> DBA  MiQ Partners |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 83-2528543 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | 8800 Global Way <br> West Chester, OH 45069 <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | Butler <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | miqpartners.com |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

Debtor    **TSS Acquisition Company**

     Name

Case number (*if known*) _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

    3333

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | When | Case number |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Debtor      TSS Acquisition Company                                                                    Case number (*if known*) _____
            Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____                Relationship _____
District _____ When _____            Case number, if known _____

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
Contact name _____
Phone _____

---

████ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☑ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

---

Debtor    TSS Acquisition Company                                              Case number (*if known*)
          Name

☐ $50,001 - $100,000              ■ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000            ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million          ☐ $100,000,001 - $500 million       ☐ More than $50 billion

Debtor    TSS Acquisition Company
    Name                                        Case number (*if known*)

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   December 19, 2022
                   MM / DD / YYYY

**X** /s/ Sumner M. Saeks                           Sumner M. Saeks
Signature of authorized representative of debtor         Printed name

Title   Chief Restructuring Officer

**18. Signature of attorney**

**X** /s/ Patricia J. Friesinger                 Date  December 19, 2022
Signature of attorney for debtor                      MM / DD / YYYY

Patricia J. Friesinger 0072807
Printed name

Coolidge Wall Co., L.P.A.
Firm name

33 West First Street, Suite 200
Dayton, OH 45402
Number, Street, City, State & ZIP Code

Contact phone   937-223-8177       Email address   friesinger@coollaw.com

0072807 OH
Bar number and State

**Fill in this information to identify the case:**

Debtor name    TSS Acquisition Company

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION AT CINCINNATI

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   December 19, 2022    **X** /s/ Sumner M. Saeks
                                                Signature of individual signing on behalf of debtor

                                                Sumner M. Saeks
                                                  Printed name

                                                Chief Restructuring Officer
                                                  Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | TSS Acquisition Company |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION AT CINCINNATI |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. **Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ALLIED ELECTRONICS PO BOX 841811 DALLAS, TX 75284 | Gabriela Rodolfo gabriela.rodolfo@alliedelec.com | | | | | $60,647.03 |
| ASIC 9175 SUTTON PLACE HAMILTON, OH 45011 | Jeff Nichols jnichols@asiccorporation.com | | | | | $310,659.84 |
| California Dept. of Tax and Fee Admin. Account Information Group, MIC:29 PO Box 942879 Sacramento, CA 94279-0029 | | Sales Tax; amount is estimated, returns not yet filed | Contingent Unliquidated Disputed | | | Unknown |
| CPP - SYRACUSE 901 EAST GENESEE CHITTENANGO, NY 13037 | Kim Webster kim.webster@cppcorp.com | | | | | $42,247.60 |
| DENALI OHIO GLOBAL INDUSTRIAL LLC 4445 LAKE FOREST DRIVE, SUITE 250 CINCINNATI, OH 45242 | lihorn@lpc.com | | | | | $183,018.47 |
| FANUC AMERICA CORPORATION 3900 W. HAMLIN ROAD ROCHESTER HILLS, MI 48309 | Danielle McGowan Danielle.McGowan@fanucamerica.com | | | | | $112,515.29 |

| Debtor | TSS Acquisition Company | | Case number *(if known)* | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| FUTURA AUTOMATION LLC 10407 E ROSEMARY LANE SCOTTSDALE, AZ 85255 | george@futura-automation.com | | | | | $89,492.00 |
| GUILFORD GROUP INC. 3628 Walnut Hills Rd, ST 201 Beachwood, OH 44122 | Cathy Oliver cathy.oliver@ward-howell.com 440-557-5245 | | | | | $56,700.00 |
| H.H. BARNUM COMPANY 7915 LOCHLIN DR BRIGHTON, MI 48116 | Lauren Collins lauren.collins@hhbarnum.com | | | | | $85,718.34 |
| HOWMET CORPORATION 1600 SOUTH WARNER ROAD WHITEHALL, MI 49461 | Jeffrey Katruska jeffrey.katruska@howmet.com | | | | | $118,100.00 |
| KEYENCE CORP. OF AMERICA DEPT. CH 17128 PALATINE, IL 60055 | David Wilson david.wilson@keyence.com | | | | | $408,646.00 |
| MARQUEE STAFFING 950 Boardwalk SAN MARCOS, CA 92078 | Chris Kappes ckappes@marqueewfs.com | | | | | $42,667.06 |
| MEADEN & MOORE PO BOX 92947 CLEVELAND, OH 44194 | Jim Rollins jrollins@meadenmoore.com | | | | | $126,000.00 |
| MID STATE INDUSTRIAL P.O. BOX 75650 CLEVELAND, OH 44101 | msi.service@ohiotool.com | | | | | $77,696.00 |
| ONESOURCE DISTRIBUTORS PO BOX 740527 LOS ANGELES, CA 90074 | Letty Payan lpayan@1sourcedist.com | | | | | $60,517.37 |
| RIVERON RTS, LLC PO Box 679265 DALLAS, TX 75267 | John Llewellyn johnllewellyn@riveron.com | | | | | $79,236.36 |

Debtor    **TSS Acquisition Company**
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| SLUTERBECK TOOL & DIE CO INC 7540 JACKS LANE P.O. BOX 87 CLAYTON, OH 45315 | Steve Sluterbeck ssluterbeck@gmail.com | | | | | $42,934.00 |
| STEVEN ENGINEERING PO BOX 1029 CA 94066 | Ann Savage ann_savage@steveneng.com 800-258-9200 | | | | | $95,321.03 |
| THE TOOLING ZONE 285 S. PIONEER BLVD SPRINGBORO, OH 45066 | jguyler@toolingzone.com | | | | | $43,328.68 |
| WEISS NORTH AMERICA 3860 BEN HUR AVE WILLOUGHBY, OH 44094 | Vincent Brucchieri vincent.brucchieri@weiss-world.com | | | | | $342,683.50 |

<table>
<tbody>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td>TSS Acquisition Company</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION AT CINCINNATI</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</tbody>
</table>

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals
**12/15**

| Part 1: | **Summary of Assets** |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*............................................................................. $      0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*......................................................................... $      9,968,914.26

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*........................................................................... $      9,968,914.26

| Part 2: | **Summary of Liabilities** |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $      12,881,721.64

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................ $      841,162.58

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................. +$      4,456,576.22

4. **Total liabilities** .............................................................................................
    Lines 2 + 3a + 3b      $      18,179,460.44

**Fill in this information to identify the case:**

Debtor name      TSS Acquisition Company

United States Bankruptcy Court for the:      SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION AT CINCINNATI

Case number (if known)      _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**      **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of debtor's interest

3.      **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Community Bank of the Bay Business Checking | Checking | 0025 | $36,031.19 |
| 3.2. | Keybank Control Disbursement Account | | 0810 | $0.00 |
| 3.3. | Keybank Commercial Transaction | | 0549 | $720,286.43 |
| 3.4. | Keybank Commercial Transaction | | 0879 | $0.00 |
| 3.5. | Keybank Pre-paid Debit Card | | | $102.79 |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**                                        $756,420.41
        Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

Debtor  TSS Acquisition Company                                    Case number *(If known)*
_____                          _____
        Name

| Part 2: | **Deposits and Prepayments** |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☒ Yes Fill in the information below.

7.      **Deposits, including security deposits and utility deposits**
        Description, including name of holder of deposit

    7.1.  Deposit with Carlsbad landlord $68,824.28                              Unknown

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
        Description, including name of holder of prepayment
            Prepaid Expenses
            (memberships and licenses; $47,408.90)
            (prepaid insurance $68,112.89)
    8.1.    (downpayments on materials, etc. $694,912.96)                        Unknown

9.      **Total of Part 2.**                                           $0.00
        Add lines 7 through 8. Copy the total to line 81.

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☒ Yes Fill in the information below.

11.     **Accounts receivable**

    11a. 90 days old or less:    2,459,199.04      -    0.00    = ....    $2,459,199.04
                                 _____            _____
                                 face amount          doubtful or uncollectible accounts

    11b. Over 90 days old:       59,593.34      -    59,593.34    = ....    $0.00
                                 _____            _____
                                 face amount          doubtful or uncollectible accounts

12.     **Total of Part 3.**                                           $2,459,199.04
        Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

☒ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☒ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Debtor ___TSS Acquisition Company_____   Case number *(If known)* _____
       <sub>Name</sub>

| | | | | | |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| | Automation WIP | January 2022 | $3,246,155.21 | Tax records | $3,246,155.21 |
| | Machine Shop WIP | | $68,115.56 | Tax records | $68,115.56 |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** | | | | |
| | Automation raw material inventory | January 2022 | $755,956.88 | Tax records | $755,956.88 |
| | Machine Shop Inventory | January 2022 | $210,073.49 | Tax records | $210,073.49 |
| | Automation Inventory - Finished Goods | | $355,820.18 | Tax records | $355,820.18 |

| 23. | **Total of Part 5.** | $4,636,121.32 |
|---|---|---|

Add lines 19 through 22.  Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** Carlsbad Office Furniture and Equipment (See detailed record - attached) | $40,044.38 | Tax records | $40,044.38 |

| Debtor | TSS Acquisition Company | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| | Oakland Office Furniture and Fixtures | $1,690.47 | Tax records | $1,690.47 |

**40.** **Office fixtures**

**41.** **Office equipment, including all computer equipment and communication systems equipment and software**
Oakland location computer equipment
(See detailed record - attached)　　$3,916.67　Tax records　　$3,916.67

**42.** **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.** **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.　　$45,651.52

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:** **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|

**47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

**48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.** **Aircraft and accessories**

**50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| Machine Shop Machinery and Equipment<br>(See detailed record - attached) | $212,276.61 | Tax records | $212,276.61 |
| Other West Chester and Carlsbad Leasehold Improvements<br>(See detailed record - attached) | $737,116.66 | Tax records | Unknown |
| Other West Chester and Carlsbad Machinery and Equipment<br>(See detailed record - attached) | $111,864.30 | Tax records | $111,864.30 |

| Debtor | TSS Acquisition Company | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| Oakland location Machinery and Equipment (See detailed record - attached) | $21,131.06 | Tax records | $21,131.06 |
|---|---|---|---|

**51.** **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

| $345,271.97 |
|---|

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No
■ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

## Part 9:   Real property

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

## Part 10:   Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.** **Internet domain names and websites** | | | |
| **62.** **Licenses, franchises, and royalties** | | | |
| **63.** **Customer lists, mailing lists, or other compilations** | | | |
| **64.** **Other intangibles, or intellectual property** | | | |
| **65.** **Goodwill** Goodwill on Balance Sheet | $7,880,853.00 | | Unknown |

**66.** **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| $0.00 |
|---|

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

■ No
☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No
■ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No
■ Yes

| Debtor | TSS Acquisition Company | Case number *(if known)* | |
|--------|-------------------------|--------------------------|--|
| | Name | | |

| Part 11: | All other assets |
|----------|------------------|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

■ Yes Fill in the information below.

| | | | Current value of debtor's interest |
|--|--|--|--|
| 71. | **Notes receivable**<br>Description (include name of obligor) | | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local)<br>Potential Refund to be generated by Employee Retention Credit | Tax year | $1,700,000.00 |
| 73. | **Interests in insurance policies or annuities**<br><br>Cash Surrender Value of Life Insurance | | $26,250.00 |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | | |
| 76. | **Trusts, equitable or future interests in property** | | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership<br><br>Deferred Income Tax Benefit ($2,293,000) | | Unknown |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | | $1,726,250.00 |

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No

☐ Yes

| Debtor | TSS Acquisition Company | Case number *(If known)* _____ |
|---|---|---|
| | *Name* | |

<hr>

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $756,420.41 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $2,459,199.04 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $4,636,121.32 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $45,651.52 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $345,271.97 | |
| 88. **Real property.** *Copy line 56, Part 9.*.............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1,726,250.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $9,968,914.26 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $9,968,914.26 |

**Machine Shop**

| System No. | Serial # | Description | Date In Service | Balance Left to Depreciate |
|---|---|---|---|---|
| **160130** | | **LEASEHOLD IMPROVEMENTS** | | |
| | | | | |
| Subtotal: 160130 | | | | 0.00 |
| **160140** | | **MACHINERY & EQUIPMENT** | | |
| | | | | |
| 1 | 115017 | 2005 Okuma MA-400HA 4-Axis CNC Twin Pallet Horizontal Machining Center | 11/30/2018 | 26,364.57 |
| 2 | 115018 | 2005 Okuma MA-400HA 4-Axis CNC Twin Pallet Horizontal Machining Center | 11/30/2018 | 26,364.57 |
| 3 | 114266 | 1994 Mazak MTV-655/80 4-Axis CNC Vertical Machining Center | 11/30/2018 | 7,531.26 |
| 4 | 40-578 | 2000 Bostomatic BD40-2 3-Axis CNC Twin Spindle Vertical Machining Center | 11/30/2018 | 5,645.85 |
| 5 | H-V1693 | 2006 Hurco VM-1 3-Axis CNC Vertical Machining Center | 11/30/2018 | 9,041.67 |
| 6 | H-V1694 | 2006 Hurco VM-1 3-Axis CNC Vertical Machining Center | 11/30/2018 | 9,041.67 |
| 10 | 53046V | 1995 Ikegai TU30-L 2-Axis CNC Slant Bed Turning Center | 11/30/2018 | 1,883.35 |
| 11 | 53392V | 1995 Ikegai TU40-L 2-Axis CNC Slant Bed Turning Center | 11/30/2018 | 2,635.42 |
| 12 | 0210A097 | 1982 Okuma LB-15 2-Axis CNC Turing Center | 11/30/2018 | 1,129.18 |
| 16 | 8934 | 1999 AFM / Andrychow Tug-40M Gap Bed Lathe | 11/30/2018 | 2,635.42 |
| 17 | 900363-1 | 1990 Kent KGS-63AHD Surface Grinder | 11/30/2018 | 2,260.42 |
| 18 | GC902001 | Chevalier FSG-1640ADII Surface Grinder | 11/30/2018 | 5,270.85 |
| 19 | 41476 | 1963 Heald 274 ID Grinder | 11/30/2018 | 5,270.85 |
| 20 | 48446 | 1985 Cincinnati Milacron/Heald 2EF73 Sizematic ID Grinder | 11/30/2018 | 4,895.84 |
| 23 | 89WS05182 | 1989 Hobart RC-301 300 Amp Mig Welder | 11/30/2018 | 149.99 |
| 24 | 1650-004484 | 2005 Hypertherm Powermax 1650 G3 Series Plasma Cutter | 11/30/2018 | 754.17 |
| 25 | LB168660 | 2001 Miller Syncrowave 350LX 350 Amp Tig Welder | 11/30/2018 | 1,318.76 |
| 26 | 447-96240 | 1996 DoAll TF2021M Vertical Traversing Band Saw | 11/30/2018 | 1,506.24 |
| 27 | KS00182 | 2003 Kleiber & Schulz Model KS-60 Wet-Type Blast Cabinet | 11/30/2018 | 3,766.66 |
| 28 | 040-005381 | Telesis Model TMP6100 Pin Stamp Marking System | 11/30/2018 | 375.01 |
| 29 | 2235 | Rosemont Industries RF8-27 Vibratory Part Deburrer / Tumbler | 11/30/2018 | 566.65 |
| 30 | 1FM882-186F | Sweco FM-1.2CD Vibratory Part Deburrer / Tumbler | 11/30/2018 | 375.01 |
| 33 | 300146 | OGP Opticom Qualifier 30 in Optical Comparator | 11/30/2018 | 3,766.66 |
| 34 | | 1960 Cincinnati Monoset OE Cutter/Tool Grinder | 11/30/2018 | 0.00 |
| 35 | 330231 | Grieve AA-650 Single Door Heat Treat Oven | 11/30/2018 | 375.01 |
| 36 | 3685 | 1990 Kaoming/Supermax KM-40S Universal Grinder | 11/30/2018 | 187.48 |
| 37 | | Empire DCR-80 Abrasive 2-Hole Blast Cabinet | 11/30/2018 | 302.09 |
| 39 | DN00000383-081806 | Ingersoll Rand TS-2A Refrigerated Type Air Dryer | 11/30/2018 | 564.59 |
| 42 | | Gorbel Floor Mounted 360 Jib Crane, 15 ft Reach | 11/30/2018 | 564.59 |
| 43 | | Gorbel Floor Mounted 360 Jib Crane, 16 ft Reach | 11/30/2018 | 564.59 |
| 44 | | Gorbel Floor Mounted 360 Jib Crane, 12 ft Reach | 11/30/2018 | 564.59 |
| 45 | | Gorbel Floor Mounted 360 Jib Crane, 14 ft Reach | 11/30/2018 | 564.59 |
| 46 | | Gorbel Floor Mounted 360 Jib Crane, 14 ft Reach | 11/30/2018 | 564.59 |
| 49 | | Gorbel Floor Mounted 360 Jib Crane, 15 ft Reach | 11/30/2018 | 564.59 |
| 50 | | Gorbel Floor Mounted 360 Jib Crane, 14 ft Reach | 11/30/2018 | 564.59 |
| 56 | | Ingersoll Rand R55n-A 460V Rotary Screw Variable Speed Drive Air Compressor with | 11/30/2018 | 10,416.66 |
| 81 | | EDM Machine | 1/1/2021 | 73,928.58 |
| Subtotal: 160140 | | | | 212,276.61 |
| **160200** | | **FURNITURE & FIXTURES** | | |
| | | | | |
| Subtotal: 160200 | | | | 0.00 |
| **Subtotal:** | | | | **212,276.61** |

**OAKLAND**

| System No. | Description | Date In Service | Balance Left to Depreciate |
|---|---|---|---|
| **160180** | **COMPUTERS** | | |
| 43 | 5x Laptops | 12/15/2021 | 1,958.33 |
| 44 | 10x Monitors | 12/15/2021 | 391.67 |
| 45 | 1x Server | 12/15/2021 | 783.33 |
| 46 | 1x Router | 12/15/2021 | 391.67 |
| 47 | 2x Desktops | 12/15/2021 | 391.67 |
| Subtotal: | | | 3,916.67 |
| **160140** | **MACHINERY & EQUIPMENT** | | |
| 1 | Craftsman vertic | 12/15/2021 SL | 422.62 |
| 2 | Chicago Pneum | 12/15/2021 SL | 1,690.48 |
| 3 | Toyota LPS For | 12/15/2021 SL | 4,226.19 |
| 4 | Genie Electric M | 12/15/2021 SL | 1,267.85 |
| 5 | Bridgeport Man | 12/15/2021 SL | 2,535.72 |
| 6 | Hardinge Manua | 12/15/2021 SL | 2,535.72 |
| 7 | Acra 7" Cut Off | 12/15/2021 SL | 422.62 |
| 8 | Delta Grinder | 12/15/2021 SL | 422.62 |
| 9 | Baldor Grinder | 12/15/2021 SL | 422.62 |
| 10 | Baldor Diamond | 12/15/2021 SL | 422.62 |
| 11 | Jet Table Saw | 12/15/2021 SL | 845.24 |
| 12 | Pedrazzoli Cold | 12/15/2021 SL | 422.62 |
| 13 | Dewalt Chop Sa | 12/15/2021 SL | 422.62 |
| 14 | Milwaukee Mag | 12/15/2021 SL | 422.62 |
| 15 | Boyar-Schultz M | 12/15/2021 SL | 422.62 |
| 16 | Powermatic Ban | 12/15/2021 SL | 422.62 |
| 17 | Dake Band Saw | 12/15/2021 SL | 422.62 |
| 18 | Powermatic Bel | 12/15/2021 SL | 422.62 |
| 19 | Craftsman 17" D | 12/15/2021 SL | 422.62 |
| 20 | 3 Ton Arbor Pre | 12/15/2021 SL | 422.62 |
| 21 | Dake 50 Ton Hy | 12/15/2021 SL | 422.62 |
| 22 | Bosch Jig Saw | 12/15/2021 SL | 42.27 |
| 23 | Rigid Hammer D | 12/15/2021 SL | 42.27 |
| 24 | Dewalt Cordless | 12/15/2021 SL | 42.27 |
| 25 | Fantech Shop D | 12/15/2021 SL | 84.52 |
| 26 | 2 Granite Surfac | 12/15/2021 SL | 845.24 |
| 27 | Mitutoyo Height | 12/15/2021 SL | 84.52 |
| 28 | Fowler Height M | 12/15/2021 SL | 84.52 |
| 29 | Meyer Gage Pin | 12/15/2021 SL | 84.52 |
| 30 | 2 Gage Block S | 12/15/2021 SL | 84.52 |
| 31 | 3 Mitutoyo Digit | 12/15/2021 SL | 42.27 |
| 32 | Various Mitutoy | 12/15/2021 SL | 42.27 |
| 33 | Various Microm | 12/15/2021 SL | 42.27 |
| 34 | 3 Kurt Machinin | 12/15/2021 SL | 42.27 |
| 35 | Wilton 6" Bench | 12/15/2021 SL | 42.27 |
| 36 | Precision Grinde | 12/15/2021 SL | 42.27 |
| 37 | Mill and Lathe | 12/15/2021 SL | 42.27 |

**OAKLAND**

| System No. | Description | Date In Service | Balance Left to Depreciate |
|---|---|---|---|
| **Subtotal:** | | | **21,131.06** |
| | | | |
| **160200** | **FURNITURE & FIXTURES** | | |
| | | | |
| 38 | 15x Desks | 12/15/2021 SL | 633.93 |
| 39 | 1x Lobby Couch | 12/15/2021 SL | 211.31 |
| 40 | 15x Chairs | 12/15/2021 SL | 211.31 |
| 41 | 1x Conf. Room | 12/15/2021 SL | 422.62 |
| 42 | 10x Conf. Room | 12/15/2021 SL | 211.31 |
| **Subtotal:** | | | **1,690.47** |
| | | | |
| **Totall:** | | | **26,738.20** |

West Chester - Carlsbad

| System No. | Description | Date In Service | Balance Left to Depreciate | Location |
|---|---|---|---|---|
| **160130** | **LEASEHOLD IMPROVEMENTS** | | | |
| 7 | Furniture for Global Way Building | 11/30/2018 | 0.00 | WC |
| 8 | Sign for West Chester Facility | 11/30/2018 | 1,793.99 | WC |
| 9 | Locks for West Chester Facility | 11/30/2018 | 15,213.47 | WC |
| 10 | Electrical Installations | 11/30/2018 | 98,114.96 | WC |
| 11 | JTF CONSTRUCTION - OVERSIZED GARAGE DOOR IN BACK WHSE | 11/30/2018 | 1,459.94 | WC |
| 12 | INGERSOLL RAND - DESSICCANT DRYER - BACK WAREHOUSE FOR ASSY | 11/30/2018 | 1,713.20 | WC |
| 13 | SCHNEIDER BROTHERS - NEW DEDICATED 600 AMP SERVICE RUN TO NEW ASSY AREA - 6 OUTL | 11/30/2018 | 11,187.40 | WC |
| 14 | INGERSOLL RAND - INSTALLATION OF PIPING AND DRYER | 11/30/2018 | 3,854.30 | WC |
| 15 | PLANT 2 PAINT (JIM YOUNG UPGRADES) | 11/30/2018 | 13,998.06 | WC |
| 38 | R&3D - PALOMAR LEASEHOLD IMPROVEMENTS | 2/1/2019 | 6,257.99 | CA |
| 39 | R&3D - PALOMAR LEASEHOLD IMPROVEMENTS | 5/1/2019 | 6,609.38 | WC |
| 40 | DENALI OHIO GLOBAL - FRAME IN BACK WAREHOUSE FOR NEW TENANT | 5/1/2019 | 77,053.07 | WC |
| 41 | CARRERA CONST - MOVE BAKERY FROM BACK WAREHOUSE INTO NEW SPACE | 7/1/2019 | 62,951.10 | WC |
| 42 | KEM SERVICES - ELECTRIC ADDITIONS & DROPS FOR MACHINE SHOP | 10/1/2019 | 21,951.35 | WC |
| 43 | CARRERA CONST - MOVE BAKERY FROM BACK WAREHOUSE INTO NEW SPACE | 11/1/2019 | 61,868.51 | WC |
| 44 | KEM SERVICES - ELECTRICAL PL1 MOVE - PO038475 | 12/1/2019 | 41,304.77 | WC |
| 45 | KEM SERVICES - ELECTRICAL PL1 MOVE - PO038721 | 12/1/2019 | 16,173.30 | WC |
| 46 | IMANUTEK - PL1 MOVE - PO038602 | 12/1/2019 | 3,491.51 | WC |
| 48 | Harlan Graphics invoice 152551 - MiQ Signage | 2/1/2020 | 6,378.38 | WC |
| 50 | KEM SERVICES - NEW ELECTRICAL DROPS - MACHINE SHOP - PARTIAL | 4/1/2020 | 17,360.70 | WC |
| 51 | KEM SERVICES - NEW ELECTRICAL DROPS - MACHINE SHOP - PARTIAL | 6/1/2020 | 17,596.90 | WC |
| 52 | NORTH COUNTY ELECTRIC - CALRSBAD NEW ELECTRICAL DROPS | 6/1/2020 | 9,179.59 | CA |
| 53 | KEM SERVICES - NEW ELECTRICAL DROPS - MACHINE SHOP - PARTIAL | 7/1/2020 | 88,715.00 | WC |
| 54 | KEM SERVICES - CURTAIN INSTALL | 7/1/2020 | 15,004.17 | WC |
| 55 | ATLAS COMPRESSORS | 8/1/2020 | 34,410.83 | CA |
| 56 | NORTH COUNTY ELECTRIC - CALRSBAD NEW ELECTRICAL DROPS | 9/1/2020 | 4,415.72 | CA |
| 57 | LANIKAI - FRAMING, DRYWALL NEW DOORS A& FRAMES | 9/1/2020 | 5,759.10 | CA |
| 58 | SEABROOK - INSTALLATION OF ATLAS AIR COMPRESSOR | 9/1/2020 | 6,797.77 | CA |
| 49 | OB CONSTRUCTION - CARLSBAD 1910 PALOMAR UPDATES | 6/1/2021 | 16,100.00 | CA |
| 60 | CITADEL SYSTEMS - NEW SECURITY SYSTEM FOR 1910 PALOMAR POINT (DEPOSIT) | 7/1/2021 | 9,813.93 | CA |
| 61 | CITADEL SYSTEMS - NEW SECURITY SYSTEM FOR 1910 PALOMAR POINT | 8/1/2021 | 9,874.51 | CA |
| 63 | LANIKAI PARTNERS II, LP - PO042723 - INVOICE TI 1813 - BLDG IMPROVEMENTS | 8/1/2021 | 14,395.16 | CA |
| 62 | SIGNS ON TIME - MIQ SIGNAGE FOR 1910 PALOMAR POINT | 8/1/2021 | 6,417.85 | CA |
| 68 | Smart Network | 9/1/2021 | 29,900.74 | CA |
| **Subtotal: 160130** | | | **737,116.66** | |
| **160140** | **MACHINERY & EQUIPMENT** | | | |
| 1 | FlexiPak pot Filler - Packaging | 11/30/2018 | 12,292.93 | WC |
| 2 | Flexscrew Conveyro - Packaging | 11/30/2018 | 135.84 | WC |
| 3 | Brehop Crane PLT 2 Cap Lease | 11/30/2018 | 0.00 | |
| 4 | TOYOTA TOW MOTOR | 11/30/2018 | 0.00 | |
| 5 | 2011 toyota lift truck model 8FBCU30 (Y626-714) | 11/30/2018 | 7,678.34 | WC |
| 6 | HCl/Prolift Pallett Racking & Beams | 11/30/2018 | 0.00 | |
| 16 | Midwest-Lagun | 11/30/2018 | 0.00 | |
| 17 | Bridge Crane | 11/30/2018 | 0.00 | |
| 18 | Graneter Surf Plate | 11/30/2018 | 0.00 | |
| 19 | Air Compressor | 11/30/2018 | 0.00 | |
| 20 | 3/4 Ton Chain Hoist | 11/30/2018 | 0.00 | |
| 21 | CRANE AND HOIST | 11/30/2018 | 0.00 | |
| 22 | Scissor Lift Model | 11/30/2018 | 0.00 | |
| 23 | 1 Ton Jib Crane | 11/30/2018 | 0.00 | |
| 24 | Clausing Lathe | 11/30/2018 | 0.00 | |
| 25 | Tracdker 4000 Base Pkg | 11/30/2018 | 0.00 | |
| 26 | 1999 Hyster #15500 | 11/30/2018 | 0.00 | |
| 27 | Powerclean Floor Scrubber | 11/30/2018 | 0.00 | |
| 28 | Forklift | 11/30/2018 | 0.00 | |
| 29 | Lathe from Aviation Group | 11/30/2018 | 0.00 | |

**West Chester - Carlsbad**

| System No. | Description | Date In Service | Balance Left to Depreciate | Location |
|---|---|---|---|---|
| 30 | Knee Mill Spec W/P | 11/30/2018 | 0.00 | |
| 31 | Air Compressor | 11/30/2018 | 0.00 | |
| 32 | Bed Mill Spec W/PR | 11/30/2018 | 0.00 | |
| 33 | SMX Trackr Repair | 11/30/2018 | 0.00 | |
| 34 | FME Test Fixture | 11/30/2018 | 0.00 | |
| 35 | 1997 Toyota Electri | 11/30/2018 | 0.00 | |
| 36 | FARO LASER | 11/30/2018 | 5,217.92 | WC |
| 37 | Machinery & Equipment | 11/30/2018 | 54,166.66 | CA |
| 71 | Atlas Copco | 10/1/2021 | 32,372.62 | CA |
| **Subtotal: 160140** | | | **111,864.30** | |

| 160200 | **FURNITURE & FIXTURES** | | | |
|---|---|---|---|---|
| 47 | | 1/1/2019 | 12,765.66 | CA |
| 72 | Samsung TVs fo | 8/1/2021 | 3,523.50 | CA |
| 73 | GML Office Furn | 10/1/2021 | 17,050.78 | CA |
| 59 | GML Office Furn | 12/1/2021 | 6,704.43 | CA |
| **Subtotal: 160200** | | | **40,044.38** | |
| **Subtotal:** | | | **889,025.35** | |

**Fill in this information to identify the case:**

Debtor name    TSS Acquisition Company

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION AT CINCINNATI

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** CKC Engineering, LLC<br>Creditor's Name<br><br>c/o Chris Duggan<br>3279 San Jose Avenue<br>Alameda, CA 94501<br>Creditor's mailing address<br><br>duggan@ckcengineering.com<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>12/15/2021 - Promissory Note<br>**Last 4 digits of account number** | **Describe debtor's property that is subject to a lien**<br>All Assets<br><br><br>**Describe the lien**<br>UCC Financing Statement<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $2,482,138.00 | Unknown |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2** CKC Engineering, LLC<br>Creditor's Name<br><br>c/o Chris Duggan<br>3279 San Jose Avenue<br>Alameda, CA 94501<br>Creditor's mailing address<br><br>duggan@ckcengineering.com<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>Various - Earn Out and True Up from APA<br>**Last 4 digits of account number** | **Describe debtor's property that is subject to a lien**<br>All Assets<br><br><br>**Describe the lien**<br>UCC Financing Statement<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | Unknown | Unknown |

| Debtor | TSS Acquisition Company | | Case number *(if known)* | |
| --- | --- | --- | --- | --- |
| | Name | | | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.3 | Prosource | Describe debtor's property that is subject to a lien | $16,837.65 | Unknown |
| --- | --- | --- | --- | --- |

Creditor's Name

Attn: Customer Service
4720 Glenadale-Milford Road
Cincinnati, OH 45242

Creditor's mailing address

Assets identified in Contracts 16333-01 and 15775-01

**Describe the lien**
PMSI disguised lease

customerservice@totalprosource.com

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
Various

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

■ Unliquidated

☐ Disputed

---

| 2.4 | Resilience Fund IV, L.P. | Describe debtor's property that is subject to a lien | $757,624.34 | Unknown |
| --- | --- | --- | --- | --- |

Creditor's Name

c/oResilience Capital Part.
attn Mansour
25101 Chagrin Blvd, Ste. 350
Beachwood, OH 44122

Creditor's mailing address

All Assets

**Describe the lien**
Security Agreement secured by Financing Statement

bmansour@resiliencecapital.com

Creditor's email address, if known

**Is the creditor an insider or related party?**

☐ No

■ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
Demand Notes 11/30/2018 and 12/17/2018

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.5 | Resilience Fund IV, L.P. | Describe debtor's property that is subject to a lien | $1,836,642.03 | Unknown |
| --- | --- | --- | --- | --- |

Debtor    TSS Acquisition Company
_____        Case number (if known) _____
Name

| | |
|---|---|
| Creditor's Name | LOC - All Assets |
| c/o Resileince Cap. Part. | |
| Attn: Mansour | |
| 25101 Chagrin Blvd., Suite 350 | |
| Beachwood, OH 44122 | |
| Creditor's mailing address | |

**Describe the lien**
UCC Financing Statement - All Assets

**Is the creditor an insider or related party?**

bmansour@resiliencecapital.com

Creditor's email address, if known

☐ No
■ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
Various - LOC assigned 1/30/2019

**Last 4 digits of account number**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | Resilience Fund IV-A, L.P. | Describe debtor's property that is subject to a lien | $5,385,701.78 | Unknown |
|---|---|---|---|---|

Creditor's Name        LOC - All Assets

c/oResilience Capital Part.
attn Mansour
25101 Chagrin Blvd., Ste. 350
Beachwood, OH 44122

Creditor's mailing address

**Describe the lien**
Security Agreement and UCC Financing Stmt

**Is the creditor an insider or related party?**

bmansour@resiliencecapital.com

Creditor's email address, if known

☐ No
■ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
Various - LOC assigned 1/30/2019

**Last 4 digits of account number**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | Resilience Fund IV-A, L.P. | Describe debtor's property that is subject to a lien | $2,221,629.84 | Unknown |
|---|---|---|---|---|

Creditor's Name        Demand Note - All Assets

c/oResilience Capital Part.
attn Mansour
25101 Chagrin Blvd., Ste. 350
Beachwood, OH 44122

Creditor's mailing address

**Describe the lien**
Security Agreement and Financing Statement

**Is the creditor an insider or related party?**

bmansour@resiliencecapital.com

☐ No

---

Debtor   TSS Acquisition Company _____    Case number (if known) _____
     Name

Creditor's email address, if known

■ Yes

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

Demand Notes 11/30/2018
and 12/17/2018

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.8 | US Bank Equipment Finance | **Describe debtor's property that is subject to a lien** | $181,148.00 | Unknown |

Creditor's Name

Mazak VCN-570C Vertical Machining Center and ancillary equipment (financing lease)

1310 Madrid Street
Marshall, MN 56258

Creditor's mailing address

**Describe the lien**

Financing Lease

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

12/21

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

8726

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | $12,881,721.64 |

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name __TSS Acquisition Company__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION AT CINCINNATI__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $49,011.00 | $49,011.00 |

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim $49,011.00 | Priority amount $49,011.00 |
|---|---|---|---|---|
| | California Dept. of Tax and Fee Admin. Account Inofrmation Group, MIC:29 PO Box 942879 Sacramento, CA 94279-0029 | *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: Sales Tax for Automation Division | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim $97,643.00 | Priority amount $97,643.00 |
|---|---|---|---|---|
| | California Dept. of Tax and Fee Admin. Account Inofrmation Group, MIC:29 PO Box 942879 Sacramento, CA 94279-0029 | *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: Sales Tax Oakland Location | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

| Debtor | TSS Acquisition Company | Case number (if known) |
|--------|------------------------|------------------------|
|        | Name                   |                        |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $684,173.00 | Unknown |
|-----|-----|-----|-----|-----|

California Dept. of Tax and Fee Admin.
Account Information Group, MIC:29
PO Box 942879
Sacramento, CA 94279-0029

*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|-----|-----|

Sales Tax; amount is estimated, returns not yet filed

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|-----|-----|-----|-----|-----|

Internal Revenue Services
PO Box 7346
Philadelphia, PA 19101-7346

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|-----|-----|

Payroll taxes paid, but filed under the wrong EIN

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,525.65 | $2,525.65 |
|-----|-----|-----|-----|-----|

Ohio Bureau of Workers Compensation
30 West Spring Street
Columbus, OH 43215-2256

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|-----|-----|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,809.93 | $7,809.93 |
|-----|-----|-----|-----|-----|

Ohio Department of Taxation
Attn: Bankruptcy Division
PO Box 530
Columbus, OH 43216-0530

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|-----|-----|

Q1-3 2022

CAT Tax (returns filed for Q1-3, Q3 not yet due for payment, but included in debt amount)

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | TSS Acquisition Company | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.1** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,804.48**

Aceco Janitorial Inc
Accounts Receivable PO Box 880964
San Francisco, CA 94188-0964

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,136.83**

ADP LLC
1851 N RESLER DRIVE MS-100
El Paso, TX 79912

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** 0549

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,044.83**

ADT COMMERCIAL
800 E WATERMAN
WICHITA, KS 67202

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** 1950

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$200.00**

ALAN BELL
6467 COTTON RUN ROAD
MIDDLETOWN, OH 45042

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** 0067

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$28,961.92**

ALLIED AUTOMATION
5220 E 64TH STREET
INDIANPOLIS, IN 46220

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** 1885

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$60,647.03**

ALLIED ELECTRONICS
PO BOX 841811
DALLAS, TX 75284

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** 0028

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$13,348.26**

Allied Electronics & Automation
Dallas Lockbox PO Box 841811
Dallas, TX 75284-1811

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | TSS Acquisition Company | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $236.50
ALLIED SHIPPING & PACKAGING
3681 VANCE ROAD
Dayton, OH 45439

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _0077_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $7,200.00
American Grinding and Machine Company
2000 N. Mango Ave
Chicago, IL 60639-2899

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $7,519.13
AMERICAN LASER FABRICATION
4139 AVENIDA DE LA PLATA
OCEANSIDE, CA 92056

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _1804_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $13,340.00
ANDREWS LASER WORKS CORP
100 ANDREWS WAY
WILDER, KY 41071

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _0015_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $16,200.00
Arclight Corporation
18120 Bollinger Canyon Rd
San Ramon, CA 94583

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $310,659.84
ASIC
9175 SUTTON PLACE
HAMILTON, OH 45011

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _0800_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $24,984.00
AUTOMATION & MODULAR COMPONENTS
INC
10301 ENTERPRISE DRIVE
DAVISBURG, MI 48350

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _1853_

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F       Schedule E/F: Creditors Who Have Unsecured Claims       Page  4 of 34

Debtor    TSS Acquisition Company
_____    Case number (if known) _____
Name

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,739.00 |
|---|---|---|---|

AUTOMATION DIRECT
P.O. BOX 402417
ATLANTA, GA 30384

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number**  1417

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,027.00 |
|---|---|---|---|

AutomationDirect.com, Inc.
P.O. Box 402417
Atlanta, GA 30384-2417

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,789.90 |
|---|---|---|---|

Bart Manufacturing, Inc.
3787 Spinnaker Ct
Fremont, CA 94538

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $36,308.00 |
|---|---|---|---|

BECKMAN MACHINE
PO BOX 37655
CINCINNATI, OH 45222

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number**  1866

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $17,837.63 |
|---|---|---|---|

BELCAN SERVICES GROUP
10151 CARVER ROAD
BLUE ASH, OH 45242

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number**  0064

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,843.00 |
|---|---|---|---|

BENCH-TECK SOLUTIONS
525 ALDO AVE.
SANTA CLARA, CA 00094-5054

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $6,137.50 |
|---|---|---|---|

BETHESDA HEALTHCARE, INC
PO BOX 630185
Cincinnati, OH 45263

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number**  0015

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | TSS Acquisition Company | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.22** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,650.00**

BIOOHIO
1275 KINNEAR ROAD
Columbus, OH 43212

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _0502_

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$608.00**

BLACK OXIDE SERVICES, INC
1070 LINDA VISTA DRIVE
SAN MARCOS, CA 92078

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _1832_

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$11,713.28**

BUCKEYE INDUSTRIAL
PO BOX 328967
COLUMBUS, OH 43232

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _0065_

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10,839.10**

Buckles-Smith
PO Box 399091
San Francisco, CA 94139-9091

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,050.00**

CAFCO SERVICES
4815 PARA DRIVE
CINCINNATI, OH 45237

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _1442_

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,342.50**

CAL-TEC PROCESS MANAGEMENT
1400 GRANGE HALL ROAD
BEAVERCREEK, OH 45430

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _0022_

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$190.96**

CARR LANE MANUFACTURING CO.
4200 CARR LANE CT
PO BOX 191970
ST LOUIS, MO 63119

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    TSS Acquisition Company
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.29**

**Nonpriority creditor's name and mailing address**

CDW CORPORATION
P.O. BOX 75723
CHICAGO, IL 60675

Date(s) debt was incurred _

Last 4 digits of account number  0733

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$17,115.67

---

**3.30**

**Nonpriority creditor's name and mailing address**

CINCINNATI FASTENER & IND SUPP
323 S WAYNE AVE
CINCINNATI, OH 45215

Date(s) debt was incurred _

Last 4 digits of account number  0108

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$5,089.79

---

**3.31**

**Nonpriority creditor's name and mailing address**

CINCINNATI STEEL TREATING
5701 MARIEMONT AVENUE
CINCINNATI, OH 45227

Date(s) debt was incurred _

Last 4 digits of account number  0141

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$149.80

---

**3.32**

**Nonpriority creditor's name and mailing address**

CINTAS
P.O. BOX 630803
CINCINNATI, OH 45263

Date(s) debt was incurred _

Last 4 digits of account number  0118

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$11,904.52

---

**3.33**

**Nonpriority creditor's name and mailing address**

CINTAS FAS
PO BOX 636525
CINCINNATI, OH 45263

Date(s) debt was incurred _

Last 4 digits of account number  1265

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$1,227.98

---

**3.34**

**Nonpriority creditor's name and mailing address**

CKC Engineering, LLC
c/o Chris Duggan
3279 San Jose Avenue
Alameda, CA 94501

Date(s) debt was incurred  12/2021

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: True up from APA, still in review

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.35**

**Nonpriority creditor's name and mailing address**

CLINTON ALUMINUM
2811 EASTERN ROAD
NORTON, OH 44203

Date(s) debt was incurred _

Last 4 digits of account number  0029

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$9,984.00

---

Debtor   **TSS Acquisition Company**
_____
Name

Case number *(if known)* _____

---

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $15,727.74 |

COAST PNEUMATICS INC
8055 EAST CRYSTAL DRIVE
ANAHEIM, CA 92807

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number**  1945

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $24,413.60 |

COLE-PARMER INSTRUMENT CO, INC
13927 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number**  0130

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $42,247.60 |

CPP - SYRACUSE
901 EAST GENESEE
CHITTENANGO, NY 13037

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number**  0006

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $7,242.47 |

CURBELL PLASTICS
14746 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number**  1553

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $9,549.92 |

CUSTOM BUILT CRATES
1700 VICTORY PARK DRIVE
MILFORD, OH 45150

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number**  0152

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,538.62 |

DECUIR MANUFACTURING
429 INDUSTRIAL WAY STE. A
FALLBROOK, CA 92028

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number**  1775

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $31,601.40 |

DELTEC INCORPORATED
4230 GRISSOM DRIVE
BATAVIA, OH 45103

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number**  0163

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | TSS Acquisition Company | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.43**

**Nonpriority creditor's name and mailing address**
DENALI OHIO GLOBAL INDUSTRIAL LLC
4445 LAKE FOREST DRIVE, SUITE 250
CINCINNATI, OH 45242

**Date(s) debt was incurred** _

**Last 4 digits of account number** 1732

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$183,018.47

---

**3.44**

**Nonpriority creditor's name and mailing address**
DEUFOL WORLDWIDE PACKAGING LLC
4380 DIXIE HIGHWAY
FAIRFIELD, OH 45014

**Date(s) debt was incurred** _

**Last 4 digits of account number** 0030

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$19.70

---

**3.45**

**Nonpriority creditor's name and mailing address**
DIEHL STEEL COMPANY
800 ROSS AVENUE
CINCINNATI, OH 45217

**Date(s) debt was incurred** _

**Last 4 digits of account number** 0057

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$9,265.97

---

**3.46**

**Nonpriority creditor's name and mailing address**
DIGI-KEY
P.O. BOX 250
THEIF RIVER FALLS, MN 56701

**Date(s) debt was incurred** _

**Last 4 digits of account number** 0171

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$14,650.81

---

**3.47**

**Nonpriority creditor's name and mailing address**
DigiKey
P.O. BOX 250
THEIF RIVER FALLS, MN 56701

**Date(s) debt was incurred** _

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$5,068.68

---

**3.48**

**Nonpriority creditor's name and mailing address**
DOMINO AMJET INC
3809 COLLECTION CENTER DRIVE
CHICAGO, IL 60693

**Date(s) debt was incurred** _

**Last 4 digits of account number** 1946

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,661.39

---

**3.49**

**Nonpriority creditor's name and mailing address**
DORNER MANUFACTURING CORP
PO BOX 205274
DALLAS, TX 75320

**Date(s) debt was incurred** _

**Last 4 digits of account number** 0178

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$38,765.76

---

| Debtor | TSS Acquisition Company | Case number *(if known)* | |
|--------|------------------------|--------------------------|--|
| | Name | | |

| 3.50 | **Nonpriority creditor's name and mailing address**<br>DST Controls<br>651 Stone Road<br>Benicia, CA 94510 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $31,608.75 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.51 | **Nonpriority creditor's name and mailing address**<br>Dynatech Machining<br>29530 Kohoutek Way<br>Union City, CA 94587 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,500.00 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.52 | **Nonpriority creditor's name and mailing address**<br>E & S PRECISION INC<br>6051 ST RT 128<br>CLEVES, OH 45002 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $7,571.30 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number**  0185 | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.53 | **Nonpriority creditor's name and mailing address**<br>E&M ELECTRIC & MACHINERY<br>126 MILL ST<br>HEALDBURG, CA 95448 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,295.00 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number**  1843 | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.54 | **Nonpriority creditor's name and mailing address**<br>E&M Electric & Machinery, Inc.<br>126 Mill Street<br>Healdsburg, CA 95448 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $24,006.18 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.55 | **Nonpriority creditor's name and mailing address**<br>EARLE M JORGENSEN CO<br>601 REDNA TERRACE<br>CINCINNATI, OH 45215 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $6,244.75 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number**  0032 | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.56 | **Nonpriority creditor's name and mailing address**<br>ECHELON SAFETY CONSULTANTS LLC<br>861 W Wilson St<br>COSTA MESA, CA 92627 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $990.00 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number**  2008 | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | TSS Acquisition Company | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $352.00 |
|---|---|---|---|

EDMUND OPTICS
101 EAST GLOUCHESTER PIKE
BARRINGTON, NJ 08007

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** 1290

Is the claim subject to offset? ■ No ☐ Yes

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,184.49 |
|---|---|---|---|

ELECTRO POLISH COMPANY INC
529 Hunter Ave
DAYTON, OH 45404

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** 0118

Is the claim subject to offset? ■ No ☐ Yes

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $190.00 |
|---|---|---|---|

ELECTRO-POLISH
529 Hunter Ave
DAYTON, OH 45404

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** 0757

Is the claim subject to offset? ■ No ☐ Yes

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $173.94 |
|---|---|---|---|

ELESA USA CORPORATION
1930 CASE PARKWAY NORTH
TWINSBURG, OH 44087

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** 0930

Is the claim subject to offset? ■ No ☐ Yes

| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,677.47 |
|---|---|---|---|

ENVIRONMENTAL ENTERPRISES INC
L-2760
COLUMBUS, OH 43260

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** 2021

Is the claim subject to offset? ■ No ☐ Yes

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,333.04 |
|---|---|---|---|

ExpoSolutions Transportation
1011 State St Suite 150
Lemont, IL 60439

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,102.98 |
|---|---|---|---|

F&L INDUSTRIAL SOLUTIONS INC
A DIVISION OF MOTION INDUSTRIES
PO BOX 7410119
CHICAGO, IL 60674

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** 1781

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | TSS Acquisition Company | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.64** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$112,515.29**

FANUC AMERICA CORPORATION
3900 W. HAMLIN ROAD
ROCHESTER HILLS, MI 48309

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** 1590

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.65** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$681.91**

FATH INC
6533 HAZELTINE DRIVE, STE 3
ORLANDO, FL 32822

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** 1949

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.66** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$41.90**

FEDEX
P.O. BOX 371461
PITTSBURGH, PA 15250

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** 0229

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.67** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$17,974.30**

FISHER & PHILLIPS LLP
PO Box 88118
Chicago, IL 60680

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** 0649

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.68** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10,830.95**

FIVE STAR ENTERPRISES
2336 LA MIRADA DRIVE # 700
VISTA, CA 92081

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** 1993

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.69** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$31,240.85**

FlexMation
14501 Judicial Road  Suite 50
Burnsville, MN 55306

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.70** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,752.00**

FUMEX AIR FILTRATION SYSTEM
1150 Cobb International Place
Kennesaw, GA 30152

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | TSS Acquisition Company | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.71** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,181.80**

FUMEX AIR FILTRTION SYSTEMS
1150 COBBS INTERNATION PLACE
KENNESAW, GA 30152

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number**  1628

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.72** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$89,492.00**

FUTURA AUTOMATION LLC
10407 E ROSEMARY LANE
SCOTTSDALE, AZ 85255

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number**  2004

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.73** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,932.39**

GF MACHINING SOLUTIONS
560 BOND STREET
LINCOLNSHIRE, IL 60069

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number**  0021

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.74** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,556.28**

GLOBAL EQUIPMENT COMPANY
29833 NETWORK PLCE
CHICAGO, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number**  0262

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.75** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.27**

GORDON ELECTRIC SUPPLY
PO BOX 231
KANKAKEE, IL 60901

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number**  1610

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.76** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,088.32**

GOSIGER
PO BOX 712288
CINCINNATI, OH 45271

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number**  0058

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.77** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$32,763.95**

GP MACHINE TECH, INC
6345 NANCY RIDGE DRIVE
SAN DIEGO, CA 92121

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number**  1872

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | TSS Acquisition Company | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.78** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $719.00

GRAFTEK IMAGING INC
8900 SHOAL CREEK BLVD
AUSTIN, TX 78757

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number**  1884

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.79** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $135.78

GRAINGER
DEPT. 801990821
PALATINE, IL 60038

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number**  0266

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.80** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $56,700.00

GUILFORD GROUP INC.
3628 Walnut Hills Rd, ST 201
Beachwood, OH 44122

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number**  0659

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.81** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $85,718.34

H.H. BARNUM COMPANY
7915 LOCHLIN DR
BRIGHTON, MI 48116

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number**  1816

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.82** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $11,700.00

HANSEN AEROSPACE LLC
2 INDUSTRIAL DRIVE
DANVERS, MA 01923

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number**  0134

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.83** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,665.51

HARLAN GRAPHIC ARTS SERVICES INC
4752 RIVER ROAD
CINCINNATI, OH 45233

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number**  0534

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.84** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $384.30

HARRIS CALORIFIC SALES INC
460 BREADON DRIVE
MONRO, OH 45050

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number**  0034

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | TSS Acquisition Company | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.85** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$118,100.00**

HOWMET CORPORATION
1600 SOUTH WARNER ROAD
WHITEHALL, MI 49461

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _0152_

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.86** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$790.01**

ifm efector, inc.
PO Box 8538-307
Philadelphia, PA 19171-0307

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.87** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,455.17**

IGUS, INC.
P.O. BOX 14349
E PROVIDENCE, RI 02914

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _0307_

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.88** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,050.00**

INDUCTIVE AUTOMATION
PO BOX 2030
FOLSOM, CA 95763

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _1800_

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.89** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,510.60**

INGERSOLL RAND
10300 SPRINGFIELD PIKE
CINCINNATI, OH 45215

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _0098_

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.90** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,548.37**

INGERSOLL-RAND COMPANY
10300 SPRINGFIELD PIKE
CINCINNATI, OH 45215

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _0314_

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.91** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,850.00**

Inland Rigging
PO Box 2490
Sun City, CA 92585

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    TSS Acquisition Company
_____          Case number *(if known)*    _____
Name

---

**3.92**    **Nonpriority creditor's name and mailing address**
ISAACS FLUID POWER EQUIP.
1023 E Fourth Street
Dayton, OH 45402

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$5,573.45

---

**3.93**    **Nonpriority creditor's name and mailing address**
J.A. CRAWFORD CO
11813 E SLAUSON AVE
SANTE FE SPRINGS, CA 90670

Date(s) debt was incurred _

Last 4 digits of account number  1734

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$16,670.97

---

**3.94**    **Nonpriority creditor's name and mailing address**
JEFCO MACHINE SERVICE INC
460 VANESSA DRIVE
WEST ALEXANDRIA, OH 45381

Date(s) debt was incurred _

Last 4 digits of account number  0148

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$10,348.22

---

**3.95**    **Nonpriority creditor's name and mailing address**
JONES MACHINERY INC
11118 ADWOOD DRIVE
CINCINNATI, OH 45240

Date(s) debt was incurred _

Last 4 digits of account number  0153

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$2,825.00

---

**3.96**    **Nonpriority creditor's name and mailing address**
K&J MAGNETICS INC
18 APPLETREE LN
PIPERSVILLE, PA 18947

Date(s) debt was incurred _

Last 4 digits of account number  1720

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$410.48

---

**3.97**    **Nonpriority creditor's name and mailing address**
Kanavu Automation LLC
4125 Hopyard Rd., Ste. 225
Pleasanton, CA 94588

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$7,830.00

---

**3.98**    **Nonpriority creditor's name and mailing address**
Karr Metrology Instruments
851 Ohio Pike
Cincinnati, OH 45245

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$68.30

---

| Debtor | TSS Acquisition Company | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.99** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$53,518.75**

Keyence Corp of America
Dept LA 22198
Pasadena, CA 91185-2198

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$408,646.00**

KEYENCE CORP. OF AMERICA
DEPT. CH 17128
PALATINE, IL 60055

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** 0352

Is the claim subject to offset? ■ No ☐ Yes

---

**3.101** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$188.77**

KEYSTOP LOCKSMITH
7860 Cincinnati Dayton Rd, #100
WEST CHESTER, OH 45069

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** 0666

Is the claim subject to offset? ■ No ☐ Yes

---

**3.102** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,136.00**

Kohlfab Custom Plastics Fab Inc.
2025 Webster Street
Dayton, OH 45404

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.103** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$675.82**

LYDEY AUTOMATION
6900 MILLER ROAD
BRECKSVILLE, OH 44141

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** 1953

Is the claim subject to offset? ■ No ☐ Yes

---

**3.104** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$42,667.06**

MARQUEE STAFFING
950 Boardwalk
SAN MARCOS, CA 92078

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** 1905

Is the claim subject to offset? ■ No ☐ Yes

---

**3.105** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$36,736.00**

MARSWAY INC
4035 OCEANSIDE BLVD E41
OCEANSIDE, CA 92056

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** 1774

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | TSS Acquisition Company | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.106** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Martin Boulaine
711 Meadows Circle
Ridgway, CO 81432

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Claimed commissions

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.107** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,861.00

MARTIN CONTROL SYSTEMS INC
8460 ESTATES COURT
PLAIN CITY, OH 43064

**Date(s) debt was incurred** _

**Last 4 digits of account number**  1952

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.108** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $682.75

MAZAK SALES & SERVICE INC
8033 PRODUCTION DRIVE
FLORENCE, KY 41042

**Date(s) debt was incurred** _

**Last 4 digits of account number**  0079

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.109** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $23,822.15

McCLELLAN DAVIS, LLC
508 Gibson Dr, #120
ROSEVILLE, CA 95678

**Date(s) debt was incurred** _

**Last 4 digits of account number**  0668

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.110** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $37,727.56

MCMASTER CARR
P.O. BOX 7690
CHICAGO, IL 60680

**Date(s) debt was incurred** _

**Last 4 digits of account number**  0398

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.111** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $11,131.60

McMaster-Carr
PO Box 7690
Chicago, IL 60680-7690

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.112** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $126,000.00

MEADEN & MOORE
PO BOX 92947
CLEVELAND, OH 44194

**Date(s) debt was incurred** _

**Last 4 digits of account number**  0515

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | TSS Acquisition Company | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.113** | **Nonpriority creditor's name and mailing address**
MID STATE INDUSTRIAL
P.O. BOX 75650
CLEVELAND, OH 44101

Date(s) debt was incurred _

Last 4 digits of account number  1449

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$77,696.00

---

**3.114** | **Nonpriority creditor's name and mailing address**
MISUMI OF THE AMERICAS INC.
26797 NETWORK PLACE
CHICAGO, IL 60673

Date(s) debt was incurred _

Last 4 digits of account number  0414

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$9,772.68

---

**3.115** | **Nonpriority creditor's name and mailing address**
Misumi USA
26797 Network Place
Chicago, IL 60673-1267

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$870.42

---

**3.116** | **Nonpriority creditor's name and mailing address**
MONARCH AUTOMATION
8890 EAGLE RIDGE COURT
WEST CHESTER, OH 45069

Date(s) debt was incurred _

Last 4 digits of account number  0418

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$11,802.04

---

**3.117** | **Nonpriority creditor's name and mailing address**
MOULEDOUS MEDIA, LLC
111 BRAIRMEADOW DR
LAFAYETTE, LA 70508

Date(s) debt was incurred _

Last 4 digits of account number  0519

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$2,750.00

---

**3.118** | **Nonpriority creditor's name and mailing address**
MOUSER ELECTRONICS
P.O. BOX 99319
FORT WORTH, TX 76199

Date(s) debt was incurred _

Last 4 digits of account number  0427

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$13,674.39

---

**3.119** | **Nonpriority creditor's name and mailing address**
Newark
33190 Collection Center Drive
Chicago, IL 60693-0331

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$5,151.60

---

| Debtor | TSS Acquisition Company | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.120** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,615.00**

NEWPORT CORPORATION
27631 NETWORK PLACE
CHICAGO, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** 1120

Is the claim subject to offset? ■ No ☐ Yes

---

**3.121** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,575.00**

Next Level Packaging
335 Mayock Rd STE 7/8
Gilroy, CA 95020

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.122** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$28.46**

NITTO SEIKO AMERICA
1301 RANKIN DRIVE
TROY, MI 48083

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** 1962

Is the claim subject to offset? ■ No ☐ Yes

---

**3.123** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,769.07**

NORDSON CORP.
PO BOX 802586
CHICAGO, IL 60680

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** 0441

Is the claim subject to offset? ■ No ☐ Yes

---

**3.124** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,091.33**

NORDSON EFD LLC
PO BOX 777959
CHICAGO, IL 60677

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** 1022

Is the claim subject to offset? ■ No ☐ Yes

---

**3.125** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,321.20**

NUMATIC ENGINEERING
A DIVISION OF MOTION IND.
CHICAGO, IL 60674

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** 1777

Is the claim subject to offset? ■ No ☐ Yes

---

**3.126** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,525.65**

Ohio Bureau of Workers Compensation
30 West Spring Street
Columbus, OH 43215-2256

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | TSS Acquisition Company | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.127** | **Nonpriority creditor's name and mailing address**
OHIO HYDRAULICS INC.
2510 EAST SHARON ROAD
CINCINNATI, OH 45241

**Date(s) debt was incurred** _

**Last 4 digits of account number** _0452_

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$121.28

---

**3.128** | **Nonpriority creditor's name and mailing address**
ONESOURCE DISTRIBUTORS
PO BOX 740527
LOS ANGELES, CA 90074

**Date(s) debt was incurred** _

**Last 4 digits of account number** _1782_

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$60,517.37

---

**3.129** | **Nonpriority creditor's name and mailing address**
ONLINECOMPONENTS.COM
11125 S EASTERN AVE. STE 120
HENDERSON, NV 89052

**Date(s) debt was incurred** _

**Last 4 digits of account number** _1132_

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$39.64

---

**3.130** | **Nonpriority creditor's name and mailing address**
ORANGE COAST PNEUMATICS
3810 PROSPECT AVENUE, UNIT A
YORBA LINDA, CA 92886

**Date(s) debt was incurred** _

**Last 4 digits of account number** _1984_

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$8,842.93

---

**3.131** | **Nonpriority creditor's name and mailing address**
PACIFIC CNC MACHINE CO INC
2702 GATEWAY ROAD
CARLSBAD, CA 92009

**Date(s) debt was incurred** _

**Last 4 digits of account number** _1892_

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$3,261.00

---

**3.132** | **Nonpriority creditor's name and mailing address**
PACIFIC LABELING & INTERGRATION
4189 SANTA ANA ST UNIT C
ONTARIO, CA 91761

**Date(s) debt was incurred** _

**Last 4 digits of account number** _1978_

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$579.38

---

**3.133** | **Nonpriority creditor's name and mailing address**
PCC STRUCTURALS - TILTON
24 GRANITE STREET
TILTON, NH 03276

**Date(s) debt was incurred** _

**Last 4 digits of account number** _0012_

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$27,349.40

| Debtor | TSS Acquisition Company | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.134** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$12,500.00**

PEAK TECHNICAL SERVICES, INC.
583 Epsilon Drive
PITTSBURGH, PA 15238

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _0664_

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.135** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,234.71**

PG&E
PO BOX 997300
Sacramento, CA 95899-7300

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.136** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,991.66**

PHILADELPHIA INSURANCE COMPANIES
PO Box 70251
Philadelphia, PA 19176

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _0674_

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.137** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$687.26**

Powermatic Associates
1264 Stealth Street
Livermore, CA 94551

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.138** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,681.75**

PROLIFT TOYOTA MATERIAL HANDLING
12001 PLANTSIDE DRIVE
LOUSVILLE, KY 40299

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _0488_

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.139** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,629.88**

PROSURE
4720 GLENDALE MILFORD ROAD
Cincinnati, OH 45242

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.140** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,817.50**

PROTECTIVE PACKAGING SOLUTIONS
10345 SOUTH MEDALLION DRIVE
CINCINNATI, OH 45241

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _0907_

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | TSS Acquisition Company | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.141** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,396.03**

PROTO LABS INC
5540 PIONEER CREEK DIRVE
MAPLES PLAIN, MN 55359

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _1390_

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.142** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,486.33**

Protocase
210 S 8th Street
Lewiston, NY 14092

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.143** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,192.57**

PROVOAST AUTOMATION CONTROLS
12635 DANELSON COURT
POWAY, CA 92064

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _1814_

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.144** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,260.00**

PTI INDUSTRIES INC
2 PEERLESS WAY
ENFIELD, CT 06082

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _0162_

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.145** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$388.05**

Q.C. LABS
613 REDNA TERRACE
CINCINNATI, OH 45215

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _0040_

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.146** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$17,345.40**

Quasys AG
Rothussstrasse 5a
Huenenberg, 0 CH-6331

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.147** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,005.50**

QUEEN CITY POLYMERS
6101 SCHUMACHER PARK DRIVE
WEST CHESTER, OH 45069

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _0156_

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | TSS Acquisition Company | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.148 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $379.00 |
|---|---|---|---|
| | QUEEN CITY POLYMERS, INC.<br>6101 SCHUMACHER PARK DRIVE<br>WEST CHESTER, OH 45069 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _0498_ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.149 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,482.40 |
|---|---|---|---|
| | QUEEN CITY SUPPLY CO.<br>DRAWER #1793 PO BOX 5935<br>TROY, MI 48007 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _0496_ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.150 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $28,596.34 |
|---|---|---|---|
| | R&3D ENGINEERING<br>711 MEADOWS CIRCLE<br>RIDGEWAY, CO 81432 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _1805_ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.151 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,235.00 |
|---|---|---|---|
| | R&J MANUFACTURING COMPANY INC<br>3200 MARTIN ROAD<br>WALLED LAKE, MI 48390 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _1655_ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.152 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $195.02 |
|---|---|---|---|
| | R+W AMERICA L.P.<br>PO BOX 71480<br>CHICAGO, IL 60694 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _1280_ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.153 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $130.38 |
|---|---|---|---|
| | READYREFRESH BY NESTLE<br>PO BOX 856158<br>LOUSVILLE, KY 40285 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _1788_ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.154 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $535,954.00 |
|---|---|---|---|
| | Resilence Management LLC<br>25101 Chagrin Boulevard, Suite 350<br>Beachwood, OH 44122 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was**<br>**incurred** _Various - Advisory Agreement_ | **Basis for the claim:** _All Assets_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | TSS Acquisition Company | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.155 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $31,764.23 |
|---|---|---|---|

RESILIENCE MANAGEMENT
25101 CHAGRIN BLVD, SUITE 350
BEACHWOOD, OH 44122

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _0511_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $10,600.00 |
|---|---|---|---|

RHINO TOOL HOUSE
5205 S EMMER DRIVE
NEW BERLIN, WI 53151

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _2011_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,601.00 |
|---|---|---|---|

RICHTER'S DESIGNING & FABRICATION
2095 ST RT 125
AMELIA, OH 45102

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _1963_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $79,236.36 |
|---|---|---|---|

RIVERON RTS, LLC
PO Box 679265
DALLAS, TX 75267

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _0670_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $33,197.10 |
|---|---|---|---|

ROBOTUNITS INC
8 CORPORATE DRIVE
CRANBURY, NJ 08512

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _0960_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6,982.73 |
|---|---|---|---|

ROLLON CORPORATION
101 BILBY ROAD, SUITE B
Hackettstown, NJ 07840

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,500.00 |
|---|---|---|---|

Ruley Design, LLC
13325 Roadrunner Loop
Red Bluff, CA 96080

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | TSS Acquisition Company | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.162** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,275.91**

RUSH TRANSPORTATION
PO BOX 2810
DAYTON, OH 45401

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number**  0128

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.163** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$13,583.21**

S & B METAL PRODUCTS
2060 CASE PKWY. NORTH
NORTH TWINSBURG, OH 44087

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number**  1176

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.164** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,577.78**

SAGINAW CONTROL & ENGINEERING
11122 SUNSHINE DRIVE
SAGINAW, MI 48609

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number**  1405

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.165** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$37,620.00**

SC MECH SOLUTIONS INC.
2241 Paragon Dr.
San Jose, CA 95131

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.166** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$17,672.00**

Sc Mech Solutions, Inc.
2241 Paragon Dr.
San Jose, CA 95131

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.167** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,891.30**

SHIBUYA HOPPMANN
7849 COPPERMINE DRVE
MANASASS, VA 20109

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number**  1943

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.168** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$862.51**

SHRED-IT CINCINNATI
28883 NETWORK PLACE
PLACE CHICIGO, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number**  0552

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | TSS Acquisition Company | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.169** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,078.00**

Silicon Valley MFG.
6520 Central Ave
Newark, CA 94560-3933

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.170** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,015.00**

Silver Tool Inc.
2440 Crosspointe Dr.
Miamisburg, OH 45342

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.171** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$42,934.00**

SLUTERBECK TOOL & DIE CO INC
7540 JACKS LANE P.O. BOX 87
CLAYTON, OH 45315

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _0568_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.172** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,671.25**

SPARKLE FRESHNESS
3129 TIGER RUN COURT, SUITE 217
CARLSBAD, CA 92010

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _1739_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.173** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$110.76**

STAPLES ADVANTAGE
PO BOX 660409
DALLAS, TX 75266

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _1217_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.174** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$13,464.00**

STEEL INDUSTRIES INC
12600 BEECH DALY ROAD
REDFORD TOWNSHIP, MI 48239

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _0091_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.175** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,796.25**

STERLING MACHINE CO INC
141 PRESTIGE PARK ROAD
EAST HARTFORD, CT 06108

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _0019_

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | TSS Acquisition Company | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.176** | **Nonpriority creditor's name and mailing address**
STEVEN ENGINEERING
PO BOX 1029
 CA 94066

**Date(s) debt was incurred** _

**Last 4 digits of account number** 1748

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

$95,321.03

---

**3.177** | **Nonpriority creditor's name and mailing address**
STRATEGIC HR INC.
8160 Corporate Park Dr
CINCINNATI, OH 45242

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$920.00

---

**3.178** | **Nonpriority creditor's name and mailing address**
STRONGARM DESIGNS
425 Caredean Drive
Horsham, PA 19044

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,730.00

---

**3.179** | **Nonpriority creditor's name and mailing address**
SUPER BRIGHT LEDS INC
4400 EARTH CITY EXPRESSWAY
EARTH CITY, MO 63045

**Date(s) debt was incurred** _

**Last 4 digits of account number** 1328

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$417.62

---

**3.180** | **Nonpriority creditor's name and mailing address**
SVOTek Inc
4321 INGOT STREET
Fremont, CA 94538

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$29,790.00

---

**3.181** | **Nonpriority creditor's name and mailing address**
Tangent
191 Airport Blvd.
Burlingame, CA 94010

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,990.00

---

**3.182** | **Nonpriority creditor's name and mailing address**
TEAM INDUSTRIAL SERVICES
10540 CHESTER ROAD
CINCINNATI, OH 45215

**Date(s) debt was incurred** _

**Last 4 digits of account number** 0025

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$7,008.90

---

| Debtor | TSS Acquisition Company | Case number (if known) | |
|---|---|---|---|

| 3.183 | **Nonpriority creditor's name and mailing address**<br>TECHNETICS SOLUTIONS<br>8388 MEADOWLARK DR<br>OH 45069 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $175.00 |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  1761 | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.184 | **Nonpriority creditor's name and mailing address**<br>TEST EQUIPMENT DEPOT<br>5 COMMONWEALTH AVE., UNIT 6<br>WOBURN, MA 01801 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $12,510.50 |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  1478 | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.185 | **Nonpriority creditor's name and mailing address**<br>TGW PEARL TECHNOLOGIES INC<br>PO BOX 776832<br>CHICAGO, IL 60677 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,105.00 |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  1783 | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.186 | **Nonpriority creditor's name and mailing address**<br>The Cleaning Company<br>3805 Transportation Dr.<br>Fort Wayne, IN 46818 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,885.00 |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.187 | **Nonpriority creditor's name and mailing address**<br>THE LECTROETCH COMPANY<br>5342 EVERGREEN PARKWAY<br>SHEFFEILD VILLAGE, OH 44054 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $330.76 |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  0119 | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.188 | **Nonpriority creditor's name and mailing address**<br>THE NEXT STEP<br>1920 S. 1st St. # 901<br>Minneapolis, MN 55454 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,115.00 |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  0660 | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.189 | **Nonpriority creditor's name and mailing address**<br>THE OGDEN STUDIO<br>462 Via Del Norte<br>OCEANSIDE, CA 92058 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $350.00 |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  0604 | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | TSS Acquisition Company | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.190 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $43,328.68 |
|---|---|---|---|

THE TOOLING ZONE
285 S. PIONEER BLVD
SPRINGBORO, OH 45066

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _1822_

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,030.00 |
|---|---|---|---|

The Tooling Zone Inc.
285 S. Pioneer Blvd
Springboro, OH 45066

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $6,965.60 |
|---|---|---|---|

THOMSON INDUSTRIES, S. DE R.L. DE C.V
AV. LOS CABOS NO.3 PARQUE INDUSTRIAL
NOR
TIJUANA, BAJA CALIFORNIA 2264 5 MEX

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _1719_

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $24,165.85 |
|---|---|---|---|

TITANIUM INDUSTRIES
200 VENTURA CR.
CLEVELAND, OH 44131

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _0014_

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,227.00 |
|---|---|---|---|

TRANSCAT
PO BOX 62827
BALTIMORE, MD 21264

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _1998_

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,520.00 |
|---|---|---|---|

TRI-CITY CRATING
799 NORTH AVENUE
VISTA, CA 92083

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _1789_

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,374.60 |
|---|---|---|---|

TRI-STATE FABRICATORS INC
1146 FERRIS ROAD
AMELIA, OH 45102

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _0161_

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Debtor **TSS Acquisition Company**
_____
Name

Case number (if known) _____

---

**3.197** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $32,341.84

TRIPLE PLAY AUTOMATION (formerly INSYNCP
55 TERRADYNE TRCE
SPRINGBORO, OH 45066

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _1538_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.198** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,894.78

TRV Inc
4860 E. 345th St.
Willoughby, OH 44094

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.199** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $194.54

ULINE
950 ALBRECTH DRIVE
LAKE BLUFF, IL 60044

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _0140_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.200** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,487.47

UNDERGROUND SPORTS SHOP INC
1233 FINDLAY STREET
CINCINNATI, OH 45214

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _0240_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.201** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,470.00

UNITED SURFACE FINISHING
2202 GILBERT AVENUE NE
CANTON, OH 44705

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _0047_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.202** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $572.33

UPS
55 Glenlake Pkwy NE
Atlanta, GA 30328

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.203** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $54.17

Vacuum Motion Inc.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | TSS Acquisition Company | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.204**

**Nonpriority creditor's name and mailing address**

VALICOR
1045 REED ROAD
MONROE, OH 45050

**Date(s) debt was incurred** _

**Last 4 digits of account number** 0049

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$919.93

---

**3.205**

**Nonpriority creditor's name and mailing address**

VENTION INC
4667 DAGENAIS STREET, SUITE 104
MONTREAL, PQ H4C 1L8 C 1L8

**Date(s) debt was incurred** _

**Last 4 digits of account number** 2007

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$5,127.83

---

**3.206**

**Nonpriority creditor's name and mailing address**

VITA NEEDLE COMPANY INC
919 GREAT PLAIN AVENUE
NEEDHAM, MA 02492

**Date(s) debt was incurred** _

**Last 4 digits of account number** 1961

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,310.00

---

**3.207**

**Nonpriority creditor's name and mailing address**

VOLT MANAGEMENT CORP
PO BOX 679307
DALLAS, TX 75267

**Date(s) debt was incurred** _

**Last 4 digits of account number** 1912

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$8,340.44

---

**3.208**

**Nonpriority creditor's name and mailing address**

WATERJET WEST INC.
330 SOUTH PACIFIC STREET
SAN MARCOS, CA 92078

**Date(s) debt was incurred** _

**Last 4 digits of account number** 1769

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$476.52

---

**3.209**

**Nonpriority creditor's name and mailing address**

WEISS NORTH AMERICA
3860 BEN HUR AVE
WILLOUGHBY, OH 44094

**Date(s) debt was incurred** _

**Last 4 digits of account number** 1837

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$342,683.50

---

**3.210**

**Nonpriority creditor's name and mailing address**

Weldcraft
1889 Radio Rd.
Dayton, Ohio 45431-0000

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$3,100.00

---

| Debtor | TSS Acquisition Company | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.211** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $12,640.00

WELDCRAFT PRODUCTS
1889 RADIO ROAD
DAYTON, OH 45431

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number**  0997

Is the claim subject to offset? ■ No ☐ Yes

---

**3.212** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $7,859.60

WENCOR GROUP LLC
416 DIVIDEND DRIVE
PEACHTREE CITY, GA 30269

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number**  0016

Is the claim subject to offset? ■ No ☐ Yes

---

**3.213** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $13,154.25

WestFab Manufacturing
3370 Keller Street
Santa Clara, CA 95054

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.214** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,365.46

Xometry
7529 Standish Place
Ste 200
Derwood, MD 20855

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.215** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $380.86

YRC FREIGHT
P.O. BOX 93151
CHICAGO, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number**  0518

Is the claim subject to offset? ■ No ☐ Yes

---

**3.216** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,334.50

ZASHIN  & RICH CO., L.P.A.
950 MAIN AVENUE 4TH FLOOR
CLEVELAND, OH 44113

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number**  0516

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Brianna D. Vollman
312 Walnut Street, Suite 2000
Cincinnati, OH 45202 | Line  3.43

☐ Not listed. Explain ____ | _ |

| Debtor | TSS Acquisition Company | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.2 Jessica Salisbury-Copper<br>10050 Innovation Drive, Suite 400<br>Miamisburg, OH 45342 | Line  3.43 <br><br>☐ Not listed. Explain ____ | _ |

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $    841,162.58 |
| **5b. Total claims from Part 2** | 5b.  + | $    4,456,576.22 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $    5,297,738.80 |

**Fill in this information to identify the case:**

Debtor name   **TSS Acquisition Company**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION AT CINCINNATI

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest    Open Sales Order SO109643 SO109644 <br><br> State the term remaining <br><br> List the contract number of any government contract | Acushnet Company <br> Attn: Accounts Payable <br> 2819 Loker Avenue East <br> Carlsbad, CA 92010 |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest    Open Sales Order SO109635 <br><br> State the term remaining <br><br> List the contract number of any government contract | Airpro Inc <br> 8849 Brookside Avenue, Ste. 201 <br> West Chester, OH 45069 |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest    Open Sales Order SO109530 SO109570 <br><br> State the term remaining <br><br> List the contract number of any government contract | American Battery Solutions <br> 3768 S. Lapeer Road <br> Lake Orion, MI 48359 |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest    Open Sales Order SOM000290 <br><br> State the term remaining <br><br> List the contract number of any government contract | Audax Protective Fabrics PVT Ltd <br> Survey No 288, 2 Unit A to D <br> Yogi Industrial Estate, Denmi Road <br> Datra Ut of D&NH Indit   39619-3000 |

Debtor 1    TSS Acquisition Company
    First Name         Middle Name        Last Name              Case number (if known)



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Open Sales Orders<br>SOM000289<br>SOM000292<br>SOM000302<br>SOM000303<br>SOM000304<br>SOM000253<br>SOM000254<br>SOM000260<br>SOM000272<br>SOM000308 | |
| | State the term remaining | | Aviall Services Inc. |
| | List the contract number of any government contract | | PO Box 619048<br>Dallas, TX 75261 |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Open Sales Order<br>SO109478<br>SO109552 | |
| | State the term remaining | | Biomeme Inc. |
| | List the contract number of any government contract | | 1015 Chestnut Street, Ste. 1401<br>Philadelphia, PA 19107 |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | Open Sales Order<br>22-106 | |
| | State the term remaining | | Bishop Wisecarver |
| | List the contract number of any government contract | | 2104 Martin Way<br>Pittsburg, CA 94565 |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | Open Sales Order<br>SOM000305<br>SOM000311 | |
| | State the term remaining | | Brit Aero |
| | List the contract number of any government contract | | 949 East National<br>Brazil, IN 47834 |

Debtor 1   TSS Acquisition Company

First Name          Middle Name          Last Name          Case number (*if known*)

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | Consulting Agreement with non-compete for 150 miles; executed along with purchase of assets from TSS Technologies, Inc., an Ohio corporation; remaining consideration is $11,705.59 per month through November 30, 2023. | |
|---|---|---|---|
| | State the term remaining | Approx. 1 year | |
| | List the contract number of any government contract | | C. Brent Nichols<br>8083 Valley Crossing Drive<br>Cincinnati, OH 45247 |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | Contracts for apparel and other materials for each location | |
|---|---|---|---|
| | State the term remaining | Various | |
| | List the contract number of any government contract | | Cintas Corporation<br>6800 Cintas Blvd<br>Mason, OH 45040 |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | Lease of 6613 - 6617 San Leandro Street, Oakland, California Current Base Rent $17,536.00 / month plus CAM | |
|---|---|---|---|
| | State the term remaining | To 4/30/25 | |
| | List the contract number of any government contract | | Coliseum Business Center<br>c/o GS Management Company<br>5674 Sonoma Drive<br>Pleasanton, CA 94566 |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | Open Sales Order 22-107 | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Cupertino Electric<br>1132 North 7th Street<br>San Jose, CA 95112 |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | Open Sales Order 22-141 22-147 | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Damon Motors<br>999 Andersen Drive Suite 120<br>San Rafael, CA 94901 |

Debtor 1   TSS Acquisition Company _____    Case number (*if known*) _____
　　　　　　First Name　　　Middle Name　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | True lease of Printer/Copier/Scanner/Fax machine: Kyocera TASKalfa 4053ci DP7110, JS7100, Stand 60 pyaments at $138.57 / month at Oakland California location; option to buy out at FMV | |
|---|---|---|---|
| | State the term remaining | 4 years 2 months | De Lage Landen Financial Services 1111 Old Eagle School Road Morrisville, PA 19067 |
| | List the contract number of any government contract | | |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | Open Sales Order SOM000252 SOM000034 SOM000081 SOM000073 | |
|---|---|---|---|
| | State the term remaining | | Defense PO Box 369031 Columbus, OH 43236 |
| | List the contract number of any government contract | | |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | Lease for 8800 Global Way, Suite 100, West Chester, Ohio 45069; $40,738.77 base rent (subject to adjustment annually) plus Additional Rent Charges (usu. approx. $65,000/mo total between base and CAM) | |
|---|---|---|---|
| | State the term remaining | To 11/30/28 | Denali Ohio Global Industrial, LLC c/o Lincoln Denali Investment Advisors 120 North LaSalle Street, Suite 2900 Chicago, IL 60602 |
| | List the contract number of any government contract | | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | Open Sales Order SO109553 | |
|---|---|---|---|
| | State the term remaining | | Edwards Lifesciences LLC Attn: Accounts Payable PO Box 11150 Santa Ana, CA 92711 |
| | List the contract number of any government contract | | |

Debtor 1  TSS Acquisition Company

    First Name          Middle Name        Last Name

Case number (*if known*) _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.18.** State what the contract or lease is for and the nature of the debtor's interest — Open Sales Order SOM000202 SOM000144 SOM000046<br><br>State the term remaining<br><br>List the contract number of any government contract | GE Aviation<br>1 Neumann Way<br>Cincinnati, OH 45215 |
| **2.19.** State what the contract or lease is for and the nature of the debtor's interest — Open Sales Order SO109671 SO109633<br><br>State the term remaining<br><br>List the contract number of any government contract | Genetesis Inc.<br>5412 Courseview Drive<br>Mason, OH 45040 |
| **2.20.** State what the contract or lease is for and the nature of the debtor's interest — Open Sales Order SO109567<br><br>State the term remaining<br><br>List the contract number of any government contract | Hyperframe Inc.<br>904 Pardee Street<br>Berkeley, CA 94710 |
| **2.21.** State what the contract or lease is for and the nature of the debtor's interest — Open Sales Order SO109675<br><br>State the term remaining<br><br>List the contract number of any government contract | Illumina, Inc.<br>5200 Illumina Way<br>San Diego, CA 92122 |
| **2.22.** State what the contract or lease is for and the nature of the debtor's interest — Open Sales Order SO109543 SO109565<br><br>State the term remaining<br><br>List the contract number of any government contract | Kulr Technology Corporation, Inc.<br>6355 Nancy Ridge Drive<br>San Diego, CA 92121 |

Debtor 1  TSS Acquisition Company

<u>First Name</u>     <u>Middle Name</u>     <u>Last Name</u>     Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.23.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease of 1910 Palomar Point Way, Suite 100, Carlsbad, CA 92008 Current rate of $25,644.53 (subjec to adjustment), plus CAM Ends 9/30/2028<br><br>Lanikai Partners II<br>P.O. Box 216<br>Los Olivos, CA 93441 |
| **2.24.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease of 1920 Palomar Point Way, Carlsbad, CA 92008 (assigned by CKC Engineering) Current rent is $23,991.65 + NNN charges (adjusting on 3/1/2023) 2/28/2026<br><br>Lanikai Partners II<br>P.O. Box 216<br>Los Olivos, CA 93441 |
| **2.25.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Open Sales Order 21-125 22-142 22-138<br><br>LTA<br>642 N. Pastoria Ave.<br>Sunnyvale, CA 94085 |
| **2.26.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Non-Compete/Non-solicitation<br><br>Mark Pirhala<br>7915 Jones Branch Drive, Apt. 651<br>Mc Lean, VA 22102 |
| **2.27.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Opem Sales Order 21-144 22-139<br><br>Medtronic<br>PO Box 778<br>Minneapolis, MN 55440 |

Debtor 1   TSS Acquisition Company             Case number (*if known*) _____
    First Name            Middle Name            Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.28.** State what the contract or lease is for and the nature of the debtor's interest    Open Sales Order SO109476

     State the term remaining

     List the contract number of any government contract

Meridian Bioscience
3471 River Hills Drive
Cincinnati, OH 45244

---

**2.29.** State what the contract or lease is for and the nature of the debtor's interest    Open Sales Contract 22-164

     State the term remaining

     List the contract number of any government contract

Nano Precision
5858 Horton St. Suite 280
Emeryville, CA 94608

---

**2.30.** State what the contract or lease is for and the nature of the debtor's interest    Open Sales Order 22-125

     State the term remaining

     List the contract number of any government contract

Nel Hydrogen
2371 Venra Court
San Leandro, CA 94577

---

**2.31.** State what the contract or lease is for and the nature of the debtor's interest    Open Sales Order
20-162
21-141
21-138

     State the term remaining

     List the contract number of any government contract

Neotract
10700 Prarie Lakes Dr.
Eden Prairie, MN 55344

---

**2.32.** State what the contract or lease is for and the nature of the debtor's interest    Reorganization of the Debtor

     State the term remaining    Month to Month (30 day notice required)

     List the contract number of any government contract

New Growth Advisors, Inc.
c/o Sumner M. Saeks, President
PO Box 62609
Cincinnati, OH 45262-0609

---

Debtor 1    TSS Acquisition Company _____    Case number (if known) _____
         First Name          Middle Name          Last Name

| ███ | **Additional Page if You Have More Contracts or Leases** |

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | Separation and General Release Agreement, subject to confidentiality agreement | |
| | State the term remaining | 9 Months | |
| | List the contract number of any government contract | | Olaf Tessarzyk<br>13637 Frenchmans Creek<br>Carmel, IN 46032 |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | Open Sales Orders<br>SO109672 | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Ormco Corporation<br>PO Box 14247<br>Orange, CA 92868 |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | Advisory Services at the Direction of the Board | |
| | State the term remaining | Month to Month | |
| | List the contract number of any government contract | | Pareek Group LLC<br>c/o Shirish Pareek<br>11720 Woodthrush Lane<br>Potomac, MD 20854 |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | Open Sales Order<br>SO109591<br>SO109593 | |
| | State the term remaining | | |
| | List the contract number of any government contract | | PJ McNeney<br>5443 Duff Drive<br>Cincinnati, OH 45246 |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | Open Sales Order<br>22-135<br>22-134 | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Plenty<br>590 Eccles Ave.<br>South San Francisco, CA 94080 |

Debtor 1 __TSS Acquisition Company_____     Case number *(if known)* _____
    First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.38. State what the contract or lease is for and the nature of the debtor's interest | Sublease of portion of premises at 8800 Global Way for $10,000 per month with annual increases | |
| State the term remaining | to 11/30/2028 or on 6 months notice | Pretzelhaus Baker LLC |
| List the contract number of any government contract | | 8800 Global Way West Chester, OH 45069 |
| 2.39. State what the contract or lease is for and the nature of the debtor's interest | Open Sales Order SO109615 | |
| State the term remaining | | Qualcomm Technologies Inc. Attn: Account Payable |
| List the contract number of any government contract | | PO Box 919042 San Diego, CA 92191 |
| 2.40. State what the contract or lease is for and the nature of the debtor's interest | Open Sales Order SO109535 SO109657 | |
| State the term remaining | | Sigma-Aldrich Manufacturing LLC Attn: Sigma-Aldrich Account Payable |
| List the contract number of any government contract | | PO Box 14508 Saint Louis, MO 63178 |
| 2.41. State what the contract or lease is for and the nature of the debtor's interest | Open Sales Order SO109494 | |
| State the term remaining | | Solaero Technologies Corp |
| List the contract number of any government contract | | 10420 Research Road SE Albuquerque, NM 87123 |
| 2.42. State what the contract or lease is for and the nature of the debtor's interest | Open Sales Order 22-150 | |
| State the term remaining | | Teleflex IDA Business & Technology Park |
| List the contract number of any government contract | | Dublin Road Athlone, Co Westmeath, Ireland |

Debtor 1    TSS Acquisition Company
     First Name           Middle Name          Last Name          Case number (*if known*)

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.43.** State what the contract or lease is for and the nature of the debtor's interest<br><br>Open Sales Order<br>"22-117 22-115"<br>22-118<br>22-130<br>22-150<br>22-171<br><br>State the term remaining<br><br>List the contract number of any government contract | Tesla<br>45500 Freemont Blvd.<br>Fremont, CA 94538 |
| **2.44.** State what the contract or lease is for and the nature of the debtor's interest<br><br>Open Sales Order<br>SO109640<br><br>State the term remaining<br><br>List the contract number of any government contract | The Procter & Gamble Company<br>PO Box 5319<br>Cincinnati, OH 45201 |
| **2.45.** State what the contract or lease is for and the nature of the debtor's interest<br><br>Open Sales Order<br>SOM000244<br>SOM000050<br>SOM000243<br>SOM000049<br><br>State the term remaining<br><br>List the contract number of any government contract | Warfighter Focused Logistics<br>936 NW 1st Street<br>Fort Lauderdale, FL 33311 |
| **2.46.** State what the contract or lease is for and the nature of the debtor's interest<br><br>Open Sales Order<br>SO109652<br>SO109663<br>SO109677<br>SO109678<br><br>State the term remaining<br><br>List the contract number of any government contract | Zoetis Denmark APS<br>GAMMELGAARDSVEJ 87D<br>DK 3520 FARUM |

**Fill in this information to identify the case:**

Debtor name   **TSS Acquisition Company**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION AT CINCINNATI

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                            12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2.** In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, **Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | TSS RCP Holdings Company | c/o Resilience Capital Partners, LLC<br>25101 Chagrin Blvd., Ste. 350<br>Beachwood, OH 44122 | CKC Engineering, LLC | ■ D   2.1<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | CKC Engineering, LLC | c/o Chris Duggan<br>3279 San Jose Avenue<br>Alameda, CA 94501 | Lanikai Partners II | ☐ D _____<br>☐ E/F _____<br>■ G   2.24 |
| 2.3 | CKC Engineering, LLC | c/o Chris Duggan<br>3279 San Jose Avenue<br>Alameda, CA 94501 | Coliseum Business Center | ☐ D _____<br>☐ E/F _____<br>■ G   2.11 |

**Fill in this information to identify the case:**

Debtor name      TSS Acquisition Company

United States Bankruptcy Court for the:      SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION AT CINCINNATI

Case number (if known)      _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:      Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From  1/01/2022 to Filing Date | ■ Operating a business<br>☐ Other _____ | $18,319,690.00 |
| For prior year:<br>From  1/01/2021 to 12/31/2021 | ■ Operating a business<br>☐ Other _____ | $25,360,878.00 |
| For year before that:<br>From  1/01/2020 to 12/31/2020 | ■ Operating a business<br>☐ Other _____ | $18,325,410.00 |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:      List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor   TSS Acquisition Company                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. See attached chart | | $0.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. TSS RCP Holding Company<br><br>Owner | 12/10/21, 1/21/22, and 4/22/22 | $19,331.51 | Reimbursement of travel expenses for board members/parent company |
| 4.2. David Peace<br><br>Board Member | 12/10/2021, 3/11/2022, and 6/9/2022 | $13,376.62 | Services/pay and reimbursement |
| 4.3. Olaf Tessarzyk<br><br>Former CEO/Employee | Various | $508,072.80 | Wage, bonus, expense reimbursement, and severance |
| 4.4. Pareek Group LLC c/o Shirish Pareek 11720 Woodthrush Lane Potomac, MD 20854 Owner is Shirish Pareek | 11/7/2022 $30,000; 12/2/2022 $15,000 | $45,000.00 | Advisory Contract |
| 4.5. PAX Insignts, LLC<br><br>Owner is Dave Peace | 12/12/2022 | $15,000.00 | $5,000 / month for increased board responsibilities |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:** Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

| Debtor | TSS Acquisition Company | Case number *(if known)* |
|---|---|---|

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Safeco Ins. Co. of Ill. v. Rolfes, et al.<br>1:19-cv-976 | Declaratory judgment as to whether insurer must indemnify Debtor for losses resulting from vehicle accident involving employee | US Dist. Court for SD Ohio | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | Olaf Tessarzyk v. TSS Acquisition Company dba MiQ Partners<br>29D02-2212-PL-009543 | Breach of contract / Collection | Indiana Commercial / Hamilton Superior | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | Allied Automation Inc. v. TSS Acquisition Co.<br>CV 2022 12 1995 | Complaint on Account, Breach of Contract | Butler County Ohio Common Pleas | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | Denali Ohio Global Industrial v. TSS Acquisition Company<br>CVG 2201279 | Forcible Entry and Detainer | Butler County Court Area III | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| Break in at Oakland facility, damage to server, alarm system, windows, stolen clothing | $6,689.26 in repairs (broken windows repaired by landlord) | 6/30/2022 | Unknown |

| Debtor | TSS Acquisition Company | Case number *(if known)* | |

---

**Part 6:   Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Coolidge Wall Co., L.P.A. 33 West First Street, Suite 200 Dayton, OH 45402 | Retainer and retainer replenishment as follows: 10/19/2022 received $35,000; 11/16/2022 received $15,000; on 12/12/22 received $10,000; retainers applied to fees as follows: 11/17/22 applied $29,593; 12/11/22 $10,749.00; and on petition date, applied $10,794.50, plus filing fee of $1,738 paid leaving $7,125.50 on deposit | 11/17/22 and Petition date | $51,136.50 |
| | **Email or website address** friesinger@coollaw.com | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | New Growth Advisors, Inc. c/o Sumner M. Saeks, President PO Box 62609 Cincinnati, OH 45262-0609 | Agreement for $30,000 per month, to be adjusted by actual hours expended; Work since October, which was prorated | 10/14/22; 12/1/22; 12/9/22 | $110,161.00 |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:   Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

| Debtor | TSS Acquisition Company | Case number *(if known)* | |
|---|---|---|---|

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:    Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■  No. Go to Part 9.
☐  Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■  No.
☐  Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■  No. Go to Part 10.
☐  Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Wells Fargo Bank | XXXX-5792 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 11/16/22 Account was still in the name of CKC Engineering (the assets of which were purchased by the Debtor) and was being used by the Debtor until customers could re-establish payents to Debtor's account | $300.06 |

Debtor    TSS Acquisition Company _____    Case number *(if known)* _____

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.2. | Wells Fargo Bank | XXXX-6920 | ☐ Checking<br>■ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 11/16/22 Account was still in the name of CKC Engineering (the assets of which were purchased by the Debtor) and was being used by the Debtor until customers could re-establish payents to Debtor's account | $24,141.45 |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| CKC Engineering, LLC<br>c/o Chris Duggan<br>3279 San Jose Avenue<br>Alameda, CA 94501 | | A/R to be collected from Ganja Gold to be paid to CKC Engineering (remaining from purchase of CKC Engineering) A/R outstanding is $82,825, collection uncertain | Unknown |
| **Owner's name and address** | **Location of the property** | **Describe the property** | **Value** |
| Buckeye Industrial<br>10885 Indeco Drive<br>Cincinnati, OH 45241 | West Chester location | CribMaster Client Software ; Annual License fee for that plus the extra engineering seats: $7,060<br>Desktop Computer and screen | Unknown |

**Part 12:    Details About Environment Information**

| Debtor | TSS Acquisition Company | Case number *(if known)* | |
|---|---|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | Meaden & Moore, Ltd.<br>1375 East Ninth Street, Ste. 1800<br>Cleveland, OH 44114-1790 | Various: Annual audited financials, Tax returns, etc. |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

Debtor    TSS Acquisition Company _____     Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    Meaden & Moore, Ltd.<br>1375 East Ninth Street, Ste. 1800<br>Cleveland, OH 44114-1790 | Annually |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    Keybank |
| 26d.2.    Resilence Management LLC<br>25101 Chagrin Boulevard, Suite 350<br>Beachwood, OH 44122 |
| 26d.3.    NFP Insurance |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1.    Steve Nesmith | January 2021 and January of 2022 for West Chester Location | |
| **Name and address of the person who has possession of inventory records**<br>Debtor | | |
| 27.2.    Ashley Terry for Carlsbad location | January of 2022 | |
| **Name and address of the person who has possession of inventory records**<br>Debtor | | |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Debtor    TSS Acquisition Company _____    Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| TSS RCP Holding Company | 8800 Global Way West Chester, OH 45069 | Sole Shareholder | 100% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Shirish Pareek | | Executive Chairman of the Board | 0 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Bassem Mansour | | Board Member | 0 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| A. Malachi Mixon IV | | Board Member and Corporate Secretary | 0 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| David Peace | | Board Member | 0 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Olaf Tessarzyk | | Prior CEO | |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Shirish Pareek | $1,021.98;  $2,500 | 2/7/2022 December 2021 | Expense Reimbursement Wage/services |
| | **Relationship to debtor** Executive Chairman of the Board | | | |
| 30.2. | Amounts identified in SOFA #4 | | | |
| | **Relationship to debtor** | | | |

Debtor    TSS Acquisition Company                       Case number *(if known)* _____

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| TSS RCP Holding Company | EIN:    83-2547852 |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:**    Signature and Declaration

     **WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

     I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

     I declare under penalty of perjury that the foregoing is true and correct.

Executed on    December 19, 2022 _____

/s/ Sumner M. Saeks _____      Sumner M. Saeks _____
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    Chief Restructuring Officer _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

| Date | Name | Amount currency |
|------|------|----------------:|
| 9/30/2022 | AMERICAN LASER FABRICATION | (4,811.50) |
| 10/14/2022 | AMERICAN LASER FABRICATION | (5,096.98) |
| 10/7/2022 | ANTHEM BCBS OH GROUP | (68,628.24) |
| 11/7/2022 | ANTHEM BCBS OH GROUP | (83,165.13) |
| 12/7/2022 | ANTHEM BCBS OH GROUP | (76,843.67) |
| 9/28/2022 | BRANDON BOYD | (4,524.96) |
| 11/2/2022 | BRANDON BOYD | (244.05) |
| 11/10/2022 | BRANDON BOYD | (6,352.79) |
| 11/23/2022 | BRANDON BOYD | (2,354.10) |
| 10/19/2022 | Buckles-Smith | (10,590.82) |
| 10/27/2022 | Buckles-Smith | (35,276.28) |
| 10/18/2022 | C. BRENT NICHOLS | (11,705.59) |
| 10/03/2022 | Carl DiPietro | (69,087.88) |
| 10/03/2022 | Chris Duggan | (69,087.88) |
| 12/12/2022 | Chris Duggan | (1,113.34) |
| 9/26/2022 | CINCINNATI BELL TELEPHONE | (1,218.36) |
| 9/28/2022 | CINCINNATI BELL TELEPHONE | (137.40) |
| 10/11/2022 | CINCINNATI BELL TELEPHONE | (4,606.77) |
| 10/24/2022 | CINCINNATI BELL TELEPHONE | (1,218.36) |
| 10/28/2022 | CINCINNATI BELL TELEPHONE | (136.40) |
| 11/8/2022 | CINCINNATI BELL TELEPHONE | (4,519.61) |
| 11/25/2022 | CINCINNATI BELL TELEPHONE | (1,218.36) |
| 11/29/2022 | CINCINNATI BELL TELEPHONE | (136.44) |
| 12/9/2022 | CINCINNATI BELL TELEPHONE | (4,519.70) |
| 9/20/2022 | CINTAS | (609.12) |
| 9/21/2022 | CINTAS | (1,601.12) |
| 9/27/2022 | CINTAS | (163.27) |
| 9/28/2022 | CINTAS | (1,246.83) |
| 9/28/2022 | CINTAS | (45.09) |
| 10/4/2022 | CINTAS | (118.18) |
| 10/5/2022 | CINTAS | (1,356.27) |
| 10/12/2022 | CINTAS | (1,755.74) |
| 10/12/2022 | CINTAS | (253.22) |
| 10/12/2022 | CINTAS | (117.50) |
| 10/19/2022 | CINTAS | (1,492.72) |
| 10/26/2022 | CINTAS | (133.60) |
| 10/28/2022 | CINTAS | (696.05) |
| 11/8/2022 | CINTAS | (117.50) |
| 09/29/2022 | CMS | (8,916.13) |
| 10/07/2022 | CMS | (4,170.88) |
| 10/14/2022 | CMS | (3,133.10) |
| 10/24/2022 | CMS | (1,979.13) |
| 9/23/2022 | CNA INSURANCE | (55,265.61) |
| 10/17/2022 | Coliseum Business Center | (21,400.00) |
| 11/02/2022 | Coliseum Business Center | (21,400.00) |
| 10/18/2022 | COOLIDGE WALL CO., LPA | (35,000.00) |

| Date | Name | Amount currency |
|------|------|-----------------|
| 11/15/2022 | COOLIDGE WALL CO., LPA | (15,000.00) |
| 12/12/2022 | COOLIDGE WALL CO., LPA | (10,000.00) |
| 9/20/2022 | COX BUSINESS | (2,275.23) |
| 9/21/2022 | COX BUSINESS | (1,045.23) |
| 10/17/2022 | COX BUSINESS | (2,275.23) |
| 10/21/2022 | COX BUSINESS | (1,045.23) |
| 11/14/2022 | COX BUSINESS | (2,275.23) |
| 11/22/2022 | COX BUSINESS | (1,045.23) |
| 12/15/2022 | COX BUSINESS | (2,275.23) |
| 11/3/2022 | DENALI OHIO GLOBAL INDUSTRIAL LLC | (20,000.00) |
| 11/30/2022 | DIRECT EXPRESS | (11,475.00) |
| 11/30/2022 | DIRECT EXPRESS | (725.00) |
| 10/19/2022 | DST Controls | (35,235.00) |
| 12/06/2022 | DST Controls | (20,000.00) |
| 12/06/2022 | DST Controls | (15,000.00) |
| 9/20/2022 | DUKE ENERGY | (6,380.36) |
| 10/14/2022 | DUKE ENERGY | (13,619.85) |
| 11/22/2022 | DUKE ENERGY | (11,990.00) |
| 12/14/2022 | DUKE ENERGY | (12,988.05) |
| 9/23/2022 | FANUC AMERICA CORPORATION | (16,705.43) |
| 10/14/2022 | FANUC AMERICA CORPORATION | (16,705.41) |
| 11/4/2022 | GOSIGER | (8,723.08) |
| 10/4/2022 | GUARDIAN | (6,054.49) |
| 10/28/2022 | GUARDIAN | (5,198.55) |
| 12/1/2022 | GUARDIAN | (5,651.11) |
| 11/2/2022 | HITEMCO | (3,912.75) |
| 11/29/2022 | HITEMCO | (16,390.00) |
| 9/30/2022 | HOWMET CORPORATION | (16,500.00) |
| 12/13/2022 | ILLUMINA | (65,280.00) |
| 10/03/2022 | Kenji Sytz | (69,087.88) |
| 12/06/2022 | Kenji Sytz | (5,355.40) |
| 10/11/2022 | KEY BANK | (1,315.73) |
| 11/8/2022 | KEY BANK | (1,132.41) |
| 12/2/2022 | KEY BANK | (0.02) |
| 12/8/2022 | KEY BANK | (1,516.49) |
| 12/12/2022 | KEY BANK | (24.00) |
| 9/23/2022 | KEYBANK MASTERCARD | (33,514.00) |
| 10/17/2022 | KEYBANK MASTERCARD | (39,308.01) |
| 11/7/2022 | KEYBANK MASTERCARD | (42,475.92) |
| 11/18/2022 | KEYBANK MASTERCARD | (15,634.37) |
| 9/30/2022 | KEYENCE CORP. OF AMERICA | (11,466.00) |
| 10/7/2022 | KEYENCE CORP. OF AMERICA | (58,740.00) |
| 10/14/2022 | LANIKAI PARTNERS II, LP | (33,195.10) |
| 10/17/2022 | LANIKAI PARTNERS II, LP | (41,240.85) |
| 11/2/2022 | LANIKAI PARTNERS II, LP | (69,784.86) |
| 10/18/2022 | Magna-Power Electronics, Inc. | (9,624.83) |

| Date | Name | Amount currency |
|------|------|----------------:|
| 12/08/2022 | Magna-Power Electronics, Inc. | (2,910.00) |
| 12/12/2022 | MARY HEITMANN | (20,760.65) |
| 9/30/2022 | MCI/SCREWDRIVER SYSTEMS INC | (23,971.00) |
| 9/30/2022 | MCMASTER CARR | (8,305.45) |
| 10/7/2022 | MCMASTER CARR | (11,649.19) |
| 9/30/2022 | MISUMI OF THE AMERICAS INC. | (4,318.56) |
| 10/28/2022 | MISUMI OF THE AMERICAS INC. | (5,133.57) |
| 10/28/2022 | Misumi USA | (6,143.09) |
| 11/18/2022 | MOLLY BLAZEK | (9,829.83) |
| 10/14/2022 | NEW GROWTH ADVISORS, INC. | (55,161.00) |
| 12/1/2022 | NEW GROWTH ADVISORS, INC. | (35,000.00) |
| 12/9/2022 | NEW GROWTH ADVISORS, INC. | (10,000.00) |
| 9/22/2022 | OHIO BUREAU OF WORKERS' COMPENSAT | (2,525.65) |
| 10/24/2022 | OHIO BUREAU OF WORKERS' COMPENSAT | (2,525.65) |
| 11/30/2022 | OHIO BUREAU OF WORKERS' COMPENSAT | (2,525.65) |
| 11/4/2022 | PAREEK GROUP LLC | (30,000.00) |
| 12/1/2022 | PAREEK GROUP LLC | (15,000.00) |
| 12/15/2022 | PAX INSIGHTS, LLC | (15,000.00) |
| 09/30/2022 | Quasys AG | (17,345.40) |
| 9/23/2022 | QUEEN CITY POLYMERS | (3,302.40) |
| 10/13/2022 | QUEEN CITY POLYMERS | (397.00) |
| 9/23/2022 | QUEEN CITY POLYMERS, INC. | (3,069.00) |
| 12/9/2022 | QUEEN CITY POLYMERS, INC. | (1,164.40) |
| 10/11/2022 | SAN DIEGO GAS & ELECTRIC | (3,106.18) |
| 10/12/2022 | SAN DIEGO GAS & ELECTRIC | (8,798.00) |
| 10/24/2022 | SAN DIEGO GAS & ELECTRIC | (8.91) |
| 11/8/2022 | SAN DIEGO GAS & ELECTRIC | (4,630.57) |
| 11/9/2022 | SAN DIEGO GAS & ELECTRIC | (4,653.06) |
| 11/25/2022 | SAN DIEGO GAS & ELECTRIC | (33.71) |
| 12/9/2022 | SAN DIEGO GAS & ELECTRIC | (6,874.11) |
| 9/30/2022 | SLUTERBECK TOOL & DIE CO INC | (9,753.10) |
| 12/5/2022 | SLUTERBECK TOOL & DIE CO INC | (12,088.00) |
| 9/19/2022 | THE TOOLING ZONE | (13,002.28) |
| 10/14/2022 | THE TOOLING ZONE | (8,727.28) |
| 9/20/2022 | UPS | (981.08) |
| 9/27/2022 | UPS | (798.22) |
| 10/4/2022 | UPS | (637.76) |
| 10/11/2022 | UPS | (1,598.03) |
| 10/18/2022 | UPS | (62.85) |
| 10/18/2022 | UPS | (866.65) |
| 10/25/2022 | UPS | (1,214.41) |
| 11/1/2022 | UPS | (1,260.26) |
| 11/8/2022 | UPS | (1,107.09) |
| 11/15/2022 | UPS | (1,388.40) |
| 11/23/2022 | UPS | (483.26) |
| 11/30/2022 | UPS | (232.51) |

| Date | Name | Amount currency |
|------|------|----------------:|
| 12/8/2022 | UPS | (832.43) |
| 12/14/2022 | UPS | (531.90) |
| 9/22/2022 | VOELKER CONTROLS | (8,492.90) |
| 10/18/2022 | VOELKER CONTROLS | (45,735.62) |
| 11/4/2022 | VOELKER CONTROLS | (34,832.30) |
| 11/4/2022 | VOELKER CONTROLS | (240.00) |
| 11/9/2022 | VOELKER CONTROLS | (6,281.00) |
| 11/17/2022 | VOELKER CONTROLS | (308.41) |
| 12/12/2022 | VOELKER CONTROLS | (2,432.93) |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of Ohio, Western Division at Cincinnati

In re   TSS Acquisition Company          Case No. _____

Debtor(s)      Chapter   11

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 60,000.00 |
| Prior to the filing of this statement I have received | $ | 60,000.00 |
| Balance Due | $ | 0.00 |

2. The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

December 19, 2022
*Date*

/s/ Patricia J. Friesinger
Patricia J. Friesinger 0072807
*Signature of Attorney*
Coolidge Wall Co., L.P.A.
33 West First Street, Suite 200
Dayton, OH 45402
937-223-8177  Fax: 937-223-6705
friesinger@coollaw.com
*Name of law firm*

# United States Bankruptcy Court
## Southern District of Ohio, Western Division at Cincinnati

In re    TSS Acquisition Company               Case No.                   

                                Debtor(s)                Chapter     11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| TSS RCP Holding Company<br>8800 Global Way<br>West Chester, OH 45069 | | 100% | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the Chief Restructuring Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   December 19, 2022                 Signature   /s/ Sumner M. Saeks

                                                         Sumner M. Saeks

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

.

Aceco Janitorial Inc
Accounts Receivable PO Box 880964
San Francisco, CA 94188-0964

Acushnet Company
Attn: Accounts Payable
2819 Loker Avenue East
Carlsbad, CA 92010

ADP LLC
1851 N RESLER DRIVE MS-100
El Paso, TX 79912

ADT COMMERCIAL
800 E WATERMAN
WICHITA, KS 67202

Airpro Inc
8849 Brookside Avenue, Ste. 201
West Chester, OH 45069

ALAN BELL
6467 COTTON RUN ROAD
MIDDLETOWN, OH 45042

ALLIED AUTOMATION
5220 E 64TH STREET
INDIANPOLIS, IN 46220

ALLIED ELECTRONICS
PO BOX 841811
DALLAS, TX 75284

Allied Electronics & Automation
Dallas Lockbox PO Box 841811
Dallas, TX 75284-1811

ALLIED SHIPPING & PACKAGING
3681 VANCE ROAD
Dayton, OH 45439

American Battery Solutions
3768 S. Lapeer Road
Lake Orion, MI 48359

American Grinding and Machine Company
2000 N. Mango Ave
Chicago, IL 60639-2899

AMERICAN LASER FABRICATION
4139 AVENIDA DE LA PLATA
OCEANSIDE, CA 92056

```
ANDREWS LASER WORKS CORP
100 ANDREWS WAY
WILDER, KY 41071

Arclight Corporation
18120 Bollinger Canyon Rd
San Ramon, CA 94583

ASIC
9175 SUTTON PLACE
HAMILTON, OH 45011

Audax Protective Fabrics PVT Ltd
Survey No 288, 2 Unit A to D
Yogi Industrial Estate, Denmi Road
Datra Ut of D&NH Indit 39619-3000

AUTOMATION & MODULAR COMPONENTS INC
10301 ENTERPRISE DRIVE
DAVISBURG, MI 48350

AUTOMATION DIRECT
P.O. BOX 402417
ATLANTA, GA 30384

AutomationDirect.com, Inc.
P.O. Box 402417
Atlanta, GA 30384-2417

Aviall Services Inc.
PO Box 619048
Dallas, TX 75261

Bart Manufacturing, Inc.
3787 Spinnaker Ct
Fremont, CA 94538

BECKMAN MACHINE
PO BOX 37655
CINCINNATI, OH 45222

BELCAN SERVICES GROUP
10151 CARVER ROAD
BLUE ASH, OH 45242

BENCH-TECK SOLUTIONS
525 ALDO AVE.
SANTA CLARA, CA 00094-5054

BETHESDA HEALTHCARE, INC
PO BOX 630185
Cincinnati, OH 45263
```

Biomeme Inc.
1015 Chestnut Street, Ste. 1401
Philadelphia, PA 19107

BIOOHIO
1275 KINNEAR ROAD
Columbus, OH 43212

Bishop Wisecarver
2104 Martin Way
Pittsburg, CA 94565

BLACK OXIDE SERVICES, INC
1070 LINDA VISTA DRIVE
SAN MARCOS, CA 92078

Brianna D. Vollman
312 Walnut Street, Suite 2000
Cincinnati, OH 45202

Brit Aero
949 East National
Brazil, IN 47834

BUCKEYE INDUSTRIAL
PO BOX 328967
COLUMBUS, OH 43232

Buckles-Smith
PO Box 399091
San Francisco, CA 94139-9091

C. Brent Nichols
8083 Valley Crossing Drive
Cincinnati, OH 45247

CAFCO SERVICES
4815 PARA DRIVE
CINCINNATI, OH 45237

CAL-TEC PROCESS MANAGEMENT
1400 GRANGE HALL ROAD
BEAVERCREEK, OH 45430

California Dept. of Tax and Fee Admin.
Account Information Group, MIC:29
PO Box 942879
Sacramento, CA 94279-0029

CARR LANE MANUFACTURING CO.
4200 CARR LANE CT
PO BOX 191970
ST LOUIS, MO 63119

CDW CORPORATION
P.O. BOX 75723
CHICAGO, IL 60675

CINCINNATI STEEL TREATING
5701 MARIEMONT AVENUE
CINCINNATI, OH 45227

CINTAS
P.O. BOX 630803
CINCINNATI, OH 45263

Cintas Corporation
6800 Cintas Blvd
Mason, OH 45040

CINTAS FAS
PO BOX 636525
CINCINNATI, OH 45263

CKC Engineering, LLC
c/o Chris Duggan
3279 San Jose Avenue
Alameda, CA 94501

CLINTON ALUMINUM
2811 EASTERN ROAD
NORTON, OH 44203

COAST PNEUMATICS INC
8055 EAST CRYSTAL DRIVE
ANAHEIM, CA 92807

COLE-PARMER INSTRUMENT CO, INC
13927 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

Coliseum Business Center
c/o GS Management Company
5674 Sonoma Drive
Pleasanton, CA 94566

CPP - SYRACUSE
901 EAST GENESEE
CHITTENANGO, NY 13037

Cupertino Electric
1132 North 7th Street
San Jose, CA 95112

CURBELL PLASTICS
14746 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

CUSTOM BUILT CRATES
1700 VICTORY PARK DRIVE
MILFORD, OH 45150

Damon Motors
999 Andersen Drive Suite 120
San Rafael, CA 94901

De Lage Landen Financial Services
1111 Old Eagle School Road
Morrisville, PA 19067

DECUIR MANUFACTURING
429 INDUSTRIAL WAY STE. A
FALLBROOK, CA 92028

Defense
PO Box 369031
Columbus, OH 43236

DELTEC INCORPORATED
4230 GRISSOM DRIVE
BATAVIA, OH 45103

DENALI OHIO GLOBAL INDUSTRIAL LLC
4445 LAKE FOREST DRIVE, SUITE 250
CINCINNATI, OH 45242

Denali Ohio Global Industrial, LLC
c/o Lincoln Denali Investment Advisors
120 North LaSalle Street, Suite 2900
Chicago, IL 60602

DEUFOL WORLDWIDE PACKAGING LLC
4380 DIXIE HIGHWAY
FAIRFIELD, OH 45014

DIEHL STEEL COMPANY
800 ROSS AVENUE
CINCINNATI, OH 45217

DIGI-KEY
P.O. BOX 250
THEIF RIVER FALLS, MN 56701

DigiKey
P.O. BOX 250
THEIF RIVER FALLS, MN 56701

DOMINO AMJET INC
3809 COLLECTION CENTER DRIVE
CHICAGO, IL 60693

DORNER MANUFACTURING CORP
PO BOX 205274
DALLAS, TX 75320

DST Controls
651 Stone Road
Benicia, CA 94510

Dynatech Machining
29530 Kohoutek Way
Union City, CA 94587

E & S PRECISION INC
6051 ST RT 128
CLEVES, OH 45002

E&M ELECTRIC & MACHINERY
126 MILL ST
HEALDBURG, CA 95448

E&M Electric & Machinery, Inc.
126 Mill Street
Healdsburg, CA 95448

EARLE M JORGENSEN CO
601 REDNA TERRACE
CINCINNATI, OH 45215

ECHELON SAFETY CONSULTANTS LLC
861 W Wilson St
COSTA MESA, CA 92627

EDMUND OPTICS
101 EAST GLOUCHESTER PIKE
BARRINGTON, NJ 08007

Edwards Lifesciences LLC
Attn: Accounts Payable
PO Box 11150
Santa Ana, CA 92711

ELECTRO POLISH COMPANY INC
529 Hunter Ave
DAYTON, OH 45404

ELECTRO-POLISH
529 Hunter Ave
DAYTON, OH 45404

ELESA USA CORPORATION
1930 CASE PARKWAY NORTH
TWINSBURG, OH 44087

ENVIRONMENTAL ENTERPRISES INC
L-2760
COLUMBUS, OH 43260

ExpoSolutions Transportation
1011 State St Suite 150
Lemont, IL 60439

F&L INDUSTRIAL SOLUTIONS INC
A DIVISION OF MOTION INDUSTRIES
PO BOX 7410119
CHICAGO, IL 60674

FANUC AMERICA CORPORATION
3900 W. HAMLIN ROAD
ROCHESTER HILLS, MI 48309

FATH INC
6533 HAZELTINE DRIVE, STE 3
ORLANDO, FL 32822

FEDEX
P.O. BOX 371461
PITTSBURGH, PA 15250

FISHER & PHILLIPS LLP
PO Box 88118
Chicago, IL 60680

FIVE STAR ENTERPRISES
2336 LA MIRADA DRIVE # 700
VISTA, CA 92081

FlexMation
14501 Judicial Road  Suite 50
Burnsville, MN 55306

FUMEX AIR FILTRATION SYSTEM
1150 Cobb International Place
Kennesaw, GA 30152

FUMEX AIR FILTRTION SYSTEMS
1150 COBBS INTERNATION PLACE
KENNESAW, GA 30152

FUTURA AUTOMATION LLC
10407 E ROSEMARY LANE
SCOTTSDALE, AZ 85255

GE Aviation
1 Neumann Way
Cincinnati, OH 45215

Genetesis Inc.
5412 Courseview Drive
Mason, OH 45040

GF MACHINING SOLUTIONS
560 BOND STREET
LINCOLNSHIRE, IL 60069

GLOBAL EQUIPMENT COMPANY
29833 NETWORK PLCE
CHICAGO, IL 60673

GORDON ELECTRIC SUPPLY
PO BOX 231
KANKAKEE, IL 60901

GOSIGER
PO BOX 712288
CINCINNATI, OH 45271

GRAFTEK IMAGING INC
8900 SHOAL CREEK BLVD
AUSTIN, TX 78757

GRAINGER
DEPT. 801990821
PALATINE, IL 60038

GUILFORD GROUP INC.
3628 Walnut Hills Rd, ST 201
Beachwood, OH 44122

H.H. BARNUM COMPANY
7915 LOCHLIN DR
BRIGHTON, MI 48116

HANSEN AEROSPACE LLC
2 INDUSTRIAL DRIVE
DANVERS, MA 01923

HARLAN GRAPHIC ARTS SERVICES INC
4752 RIVER ROAD
CINCINNATI, OH 45233

HARRIS CALORIFIC SALES INC
460 BREADON DRIVE
MONRO, OH 45050

HOWMET CORPORATION
1600 SOUTH WARNER ROAD
WHITEHALL, MI 49461

Hyperframe Inc.
904 Pardee Street
Berkeley, CA 94710

ifm efector, inc.
PO Box 8538-307
Philadelphia, PA 19171-0307

IGUS, INC.
P.O. BOX 14349
E PROVIDENCE, RI 02914

Illumina, Inc.
5200 Illumina Way
San Diego, CA 92122

INDUCTIVE AUTOMATION
PO BOX 2030
FOLSOM, CA 95763

INGERSOLL RAND
10300 SPRINGFIELD PIKE
CINCINNATI, OH 45215

INGERSOLL-RAND COMPANY
10300 SPRINGFIELD PIKE
CINCINNATI, OH 45215

Inland Rigging
PO Box 2490
Sun City, CA 92585

Internal Revenue Services
PO Box 7346
Philadelphia, PA 19101-7346

ISAACS FLUID POWER EQUIP.
1023 E Fourth Street
Dayton, OH 45402

J.A. CRAWFORD CO
11813 E SLAUSON AVE
SANTE FE SPRINGS, CA 90670

JEFCO MACHINE SERVICE INC
460 VANESSA DRIVE
WEST ALEXANDRIA, OH 45381

Jessica Salisbury-Copper
10050 Innovation Drive, Suite 400
Miamisburg, OH 45342

JONES MACHINERY INC
11118 ADWOOD DRIVE
CINCINNATI, OH 45240

K&J MAGNETICS INC
18 APPLETREE LN
PIPERSVILLE, PA 18947

Kanavu Automation LLC
4125 Hopyard Rd., Ste. 225
Pleasanton, CA 94588

Karr Metrology Instruments
851 Ohio Pike
Cincinnati, OH 45245

Keyence Corp of America
Dept LA 22198
Pasadena, CA 91185-2198

KEYENCE CORP. OF AMERICA
DEPT. CH 17128
PALATINE, IL 60055

KEYSTOP LOCKSMITH
7860 Cincinnati Dayton Rd, #100
WEST CHESTER, OH 45069

Kohlfab Custom Plastics Fab Inc.
2025 Webster Street
Dayton, OH 45404

Kulr Technology Corporation, Inc.
6355 Nancy Ridge Drive
San Diego, CA 92121

Lanikai Partners II
P.O. Box 216
Los Olivos, CA 93441

LTA
642 N. Pastoria Ave.
Sunnyvale, CA 94085

LYDEY AUTOMATION
6900 MILLER ROAD
BRECKSVILLE, OH 44141

Mark Pirhala
7915 Jones Branch Drive, Apt. 651
Mc Lean, VA 22102

MARQUEE STAFFING
950 Boardwalk
SAN MARCOS, CA 92078

MARSWAY INC
4035 OCEANSIDE BLVD E41
OCEANSIDE, CA 92056

Martin Boulaine
711 Meadows Circle
Ridgway, CO 81432

MARTIN CONTROL SYSTEMS INC
8460 ESTATES COURT
PLAIN CITY, OH 43064

MAZAK SALES & SERVICE INC
8033 PRODUCTION DRIVE
FLORENCE, KY 41042

McCLELLAN DAVIS, LLC
508 Gibson Dr, #120
ROSEVILLE, CA 95678

MCMASTER CARR
P.O. BOX 7690
CHICAGO, IL 60680

McMaster-Carr
PO Box 7690
Chicago, IL 60680-7690

MEADEN & MOORE
PO BOX 92947
CLEVELAND, OH 44194

Medtronic
PO Box 778
Minneapolis, MN 55440

Meridian Bioscience
3471 River Hills Drive
Cincinnati, OH 45244

MID STATE INDUSTRIAL
P.O. BOX 75650
CLEVELAND, OH 44101

MISUMI OF THE AMERICAS INC.
26797 NETWORK PLACE
CHICAGO, IL 60673

Misumi USA
26797 Network Place
Chicago, IL 60673-1267

MONARCH AUTOMATION
8890 EAGLE RIDGE COURT
WEST CHESTER, OH 45069

MOULEDOUS MEDIA, LLC
111 BRAIRMEADOW DR
LAFAYETTE, LA 70508

MOUSER ELECTRONICS
P.O. BOX 99319
FORT WORTH, TX 76199

Nano Precision
5858 Horton St. Suite 280
Emeryville, CA 94608

Nel Hydrogen
2371 Venra Court
San Leandro, CA 94577

Neotract
10700 Prarie Lakes Dr.
Eden Prairie, MN 55344

New Growth Advisors, Inc.
c/o Sumner M. Saeks, President
PO Box 62609
Cincinnati, OH 45262-0609

Newark
33190 Collection Center Drive
Chicago, IL 60693-0331

NEWPORT CORPORATION
27631 NETWORK PLACE
CHICAGO, IL 60673

Next Level Packaging
335 Mayock Rd STE 7/8
Gilroy, CA 95020

NITTO SEIKO AMERICA
1301 RANKIN DRIVE
TROY, MI 48083

NORDSON CORP.
PO BOX 802586
CHICAGO, IL 60680

NORDSON EFD LLC
PO BOX 777959
CHICAGO, IL 60677

NUMATIC ENGINEERING
A DIVISION OF MOTION IND.
CHICAGO, IL 60674

Ohio Bureau of Workers Compensation
30 West Spring Street
Columbus, OH 43215-2256

Ohio Department of Taxation
Attn: Bankruptcy Division
PO Box 530
Columbus, OH 43216-0530

OHIO HYDRAULICS INC.
2510 EAST SHARON ROAD
CINCINNATI, OH 45241

Olaf Tessarzyk
13637 Frenchmans Creek
Carmel, IN 46032

ONESOURCE DISTRIBUTORS
PO BOX 740527
LOS ANGELES, CA 90074

ONLINECOMPONENTS.COM
11125 S EASTERN AVE. STE 120
HENDERSON, NV 89052

ORANGE COAST PNEUMATICS
3810 PROSPECT AVENUE, UNIT A
YORBA LINDA, CA 92886

Ormco Corporation
PO Box 14247
Orange, CA 92868

PACIFIC CNC MACHINE CO INC
2702 GATEWAY ROAD
CARLSBAD, CA 92009

PACIFIC LABELING & INTERGRATION
4189 SANTA ANA ST UNIT C
ONTARIO, CA 91761

Pareek Group LLC
c/o Shirish Pareek
11720 Woodthrush Lane
Potomac, MD 20854

PCC STRUCTURALS - TILTON
24 GRANITE STREET
TILTON, NH 03276

PEAK TECHNICAL SERVICES, INC.
583 Epsilon Drive
PITTSBURGH, PA 15238

PG&E
PO BOX 997300
Sacramento, CA 95899-7300

PHILADELPHIA INSURANCE COMPANIES
PO Box 70251
Philadelphia, PA 19176

PJ McNeney
5443 Duff Drive
Cincinnati, OH 45246

Plenty
590 Eccles Ave.
South San Francisco, CA 94080

Powermatic Associates
1264 Stealth Street
Livermore, CA 94551

Pretzelhaus Baker LLC
8800 Global Way
West Chester, OH 45069

PROLIFT TOYOTA MATERIAL HANDLING
12001 PLANTSIDE DRIVE
LOUSVILLE, KY 40299

PROSOURCE
4720 GLENDALE MILFORD ROAD
Cincinnati, OH 45242

PROTECTIVE PACKAGING SOLUTIONS
10345 SOUTH MEDALLION DRIVE
CINCINNATI, OH 45241

PROTO LABS INC
5540 PIONEER CREEK DIRVE
MAPLES PLAIN, MN 55359

Protocase
210 S 8th Street
Lewiston, NY 14092

PROVOAST AUTOMATION CONTROLS
12635 DANELSON COURT
POWAY, CA 92064

PTI INDUSTRIES INC
2 PEERLESS WAY
ENFIELD, CT 06082

Q.C. LABS
613 REDNA TERRACE
CINCINNATI, OH 45215

Qualcomm Technologies Inc.
Attn: Account Payable
PO Box 919042
San Diego, CA 92191

Quasys AG
Rothussstrasse 5a
Huenenberg, 0 CH-6331

QUEEN CITY POLYMERS
6101 SCHUMACHER PARK DRIVE
WEST CHESTER, OH 45069

QUEEN CITY POLYMERS, INC.
6101 SCHUMACHER PARK DRIVE
WEST CHESTER, OH 45069

QUEEN CITY SUPPLY CO.
DRAWER #1793 PO BOX 5935
TROY, MI 48007

R&3D ENGINEERING
711 MEADOWS CIRCLE
RIDGEWAY, CO 81432

R&J MANUFACTURING COMPANY INC
3200 MARTIN ROAD
WALLED LAKE, MI 48390

R+W AMERICA L.P.
PO BOX 71480
CHICAGO, IL 60694

READYREFRESH BY NESTLE
PO BOX 856158
LOUSVILLE, KY 40285

Resilence Management LLC
25101 Chagrin Boulevard, Suite 350
Beachwood, OH 44122

Resilience Fund IV, L.P.
c/o Resileince Cap. Part. Attn: Mansour
25101 Chagrin Blvd., Suite 350
Beachwood, OH 44122

Resilience Fund IV-A, L.P.
c/oResilience Capital Part. attn Mansour
25101 Chagrin Blvd., Ste. 350
Beachwood, OH 44122

RESILIENCE MANAGEMENT
25101 CHAGRIN BLVD, SUITE 350
BEACHWOOD, OH 44122

RHINO TOOL HOUSE
5205 S EMMER DRIVE
NEW BERLIN, WI 53151

RICHTER'S DESIGNING & FABRICATION
2095 ST RT 125
AMELIA, OH 45102

RIVERON RTS, LLC
PO Box 679265
DALLAS, TX 75267

ROBOTUNITS INC
8 CORPORATE DRIVE
CRANBURY, NJ 08512

ROLLON CORPORATION
101 BILBY ROAD, SUITE B
Hackettstown, NJ 07840

Ruley Design, LLC
13325 Roadrunner Loop
Red Bluff, CA 96080

RUSH TRANSPORTATION
PO BOX 2810
DAYTON, OH 45401

S & B METAL PRODUCTS
2060 CASE PKWY. NORTH
NORTH TWINSBURG, OH 44087

SAGINAW CONTROL & ENGINEERING
11122 SUNSHINE DRIVE
SAGINAW, MI 48609

SC MECH SOLUTIONS INC.
2241 Paragon Dr.
San Jose, CA 95131

Sc Mech Solutions, Inc.
2241 Paragon Dr.
San Jose, CA 95131

SHIBUYA HOPPMANN
7849 COPPERMINE DRVE
MANASASS, VA 20109

SHRED-IT CINCINNATI
28883 NETWORK PLACE
PLACE CHICIGO, IL 60673

Sigma-Aldrich Manufacturing LLC
Attn: Sigma-Aldrich Account Payable
PO Box 14508
Saint Louis, MO 63178

Silicon Valley MFG.
6520 Central Ave
Newark, CA 94560-3933

Silver Tool Inc.
2440 Crosspointe Dr.
Miamisburg, OH 45342

SLUTERBECK TOOL & DIE CO INC
7540 JACKS LANE P.O. BOX 87
CLAYTON, OH 45315

Solaero Technologies Corp
10420 Research Road SE
Albuquerque, NM 87123

SPARKLE FRESHNESS
3129 TIGER RUN COURT, SUITE 217
CARLSBAD, CA 92010

STAPLES ADVANTAGE
PO BOX 660409
DALLAS, TX 75266

STEEL INDUSTRIES INC
12600 BEECH DALY ROAD
REDFORD TOWNSHIP, MI 48239

STERLING MACHINE CO INC
141 PRESTIGE PARK ROAD
EAST HARTFORD, CT 06108

STEVEN ENGINEERING
PO BOX 1029
CA 94066

STRATEGIC HR INC.
8160 Corporate Park Dr
CINCINNATI, OH 45242

STRONGARM DESIGNS
425 Caredean Drive
Horsham, PA 19044

SUPER BRIGHT LEDS INC
4400 EARTH CITY EXPRESSWAY
EARTH CITY, MO 63045

SVOTek Inc
4321 INGOT STREET
Fremont, CA 94538

Tangent
191 Airport Blvd.
Burlingame, CA 94010

```
TEAM INDUSTRIAL SERVICES
10540 CHESTER ROAD
CINCINNATI, OH 45215

TECHNETICS SOLUTIONS
8388 MEADOWLARK DR
OH 45069

Teleflex
IDA Business & Technology Park
Dublin Road
Athlone, Co Westmeath, Ireland

Tesla
45500 Freemont Blvd.
Fremont, CA 94538

TEST EQUIPMENT DEPOT
5 COMMONWEALTH AVE., UNIT 6
WOBURN, MA 01801

TGW PEARL TECHNOLOGIES INC
PO BOX 776832
CHICAGO, IL 60677

The Cleaning Company
3805 Transportation Dr.
Fort Wayne, IN 46818

THE LECTROETCH COMPANY
5342 EVERGREEN PARKWAY
SHEFFEILD VILLAGE, OH 44054

THE NEXT STEP
1920 S. 1st St. # 901
Minneapolis, MN 55454

THE OGDEN STUDIO
462 Via Del Norte
OCEANSIDE, CA 92058

The Procter & Gamble Company
PO Box 5319
Cincinnati, OH 45201

THE TOOLING ZONE
285 S. PIONEER BLVD
SPRINGBORO, OH 45066

The Tooling Zone Inc.
285 S. Pioneer Blvd
Springboro, OH 45066
```

THOMSON INDUSTRIES, S. DE R.L. DE C.V
AV. LOS CABOS NO.3 PARQUE INDUSTRIAL NOR
TIJUANA, BAJA CALIFORNIA 2264 5 MEX

TITANIUM INDUSTRIES
200 VENTURA CR.
CLEVELAND, OH 44131

TRANSCAT
PO BOX 62827
BALTIMORE, MD 21264

TRI-CITY CRATING
799 NORTH AVENUE
VISTA, CA 92083

TRI-STATE FABRICATORS INC
1146 FERRIS ROAD
AMELIA, OH 45102

TRIPLE PLAY AUTOMATION (formerly INSYNCP
55 TERRADYNE TRCE
SPRINGBORO, OH 45066

TRV Inc
4860 E. 345th St.
Willoughby, OH 44094

TSS RCP Holdings Company
c/o Resilience Capital Partners, LLC
25101 Chagrin Blvd., Ste. 350
Beachwood, OH 44122

ULINE
950 ALBRECTH DRIVE
LAKE BLUFF, IL 60044

UNDERGROUND SPORTS SHOP INC
1233 FINDLAY STREET
CINCINNATI, OH 45214

UNITED SURFACE FINISHING
2202 GILBERT AVENUE NE
CANTON, OH 44705

UPS
55 Glenlake Pkwy NE
Atlanta, GA 30328

US Bank Equipment Finance
1310 Madrid Street
Marshall, MN 56258

Vacuum Motion Inc.

VALICOR
1045 REED ROAD
MONROE, OH 45050

VENTION INC
4667 DAGENAIS STREET, SUITE 104
MONTREAL, PQ H4C 1L8 C 1L8

VITA NEEDLE COMPANY INC
919 GREAT PLAIN AVENUE
NEEDHAM, MA 02492

VOLT MANAGEMENT CORP
PO BOX 679307
DALLAS, TX 75267

Warfighter Focused Logistics
936 NW 1st Street
Fort Lauderdale, FL 33311

WATERJET WEST INC.
330 SOUTH PACIFIC STREET
SAN MARCOS, CA 92078

WEISS NORTH AMERICA
3860 BEN HUR AVE
WILLOUGHBY, OH 44094

Weldcraft
1889 Radio Rd.
Dayton, Ohio 45431-0000

WELDCRAFT PRODUCTS
1889 RADIO ROAD
DAYTON, OH 45431

WENCOR GROUP LLC
416 DIVIDEND DRIVE
PEACHTREE CITY, GA 30269

WestFab Manufacturing
3370 Keller Street
Santa Clara, CA 95054

Xometry
7529 Standish Place
Ste 200
Derwood, MD 20855

YRC FREIGHT
P.O. BOX 93151
CHICAGO, IL 60673

```
ZASHIN  & RICH CO., L.P.A.
950 MAIN AVENUE 4TH FLOOR
CLEVELAND, OH 44113

Zoetis Denmark APS
GAMMELGAARDSVEJ 87D
DK 3520 FARUM
```

# United States Bankruptcy Court
## Southern District of Ohio, Western Division at Cincinnati

In re   TSS Acquisition Company _____    Case No. _____

 Debtor(s)     Chapter    11

**CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   TSS Acquisition Company   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

TSS RCP Holding Company
8800 Global Way
West Chester, OH 45069

☐ None [*Check if applicable*]

December 19, 2022 _____         /s/ Patricia J. Friesinger _____
Date                          Patricia J. Friesinger 0072807
                              Signature of Attorney or Litigant
                              Counsel for   TSS Acquisition Company
                              Coolidge Wall Co., L.P.A.
                              33 West First Street, Suite 200
                              Dayton, OH 45402
                              937-223-8177 Fax:937-223-6705
                              friesinger@coollaw.com