**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Beth A. Buchanan
United States Bankruptcy Judge

**Dated: December 19, 2022**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | Case No. 22-12154 |
| | : | |
| TSS ACQUISITION COMPANY, | : | Chapter 11 |
| | : | Subchapter V |
| DEBTOR-IN-POSSESSION. | : | Judge Beth A. Buchanan |
| | : | |

**ORDER GRANTING DEBTOR'S MOTION FOR AN EXPEDITED HEARING AND SCHEDULING AN EXPEDITED HEARING ON THE FIRST DAY MOTIONS OF THE DEBTOR AND DEBTOR IN POSSESSION [Docket Number 15]**

This matter is before the Court upon the *Motion of Debtor and Debtor in Possession, for an Expedited Hearing on its First Day Motions* (the "**Motion**") [Docket Number 15], which include the following first day motions (collectively, "**First Day Motions**"):

1.      The "**Cash Collateral Motion**": *Emergency Motion of the Debtor and Debtor-In-Possession for an Interim and Final Orders Under 11 U.S.C. §§ 105(A), 361, 362 And 363, Federal Bankruptcy Rules 2002, 4001 And 9014, and Local Rule 4001-2: (I) Authorizing Debtor to Use Cash Collateral; (II) Granting Adequate Protection; (III) Modifying the Automatic Stay; (IV) Scheduling and Approving the Form and Method of Notice of Final Hearing; and (V) Granting Related Relief* [Docket Number 12];

2.      The "**Wages Motion**":  *Motion of Debtor and Debtor in Possession, for Entry of an order: (I) Authorizing Debtor to Pay: (A) Prepetition Employee Wages, Salaries, and Related Items; (B) Prepetition Employee Business Expenses, (C) Prepetition Employee Payroll Deductions*

*and Withholdings, (D) Prepetition Employee Benefits. (E) all Costs and Expenses Incident to the Foregoing Payments and Contributions; and (II) Granting Certain Related  Relief* [Docket Number 9];

3.　　The "**Utilities Motion**": *Motion of Debtor and Debtor in Possession, Pursuant to Section 366 of the Bankruptcy Code, for Interim and Final Orders: (A) Prohibiting Utilities from Altering, Refusing or Discontinuing Services to, or Discriminating Against the Debtor; (B) Determining that the Utilities are Adequately Assured of Future Payment; and (C) Requesting a Final Hearing* [Docket Number 10];

4.　　The "**DIP Loan Motion**": *Motion Of Debtor, TSS Acquisition Company, for an Order: (A) Authorizing Debtor to Obtain Interim and Final Post-Petition Financing; and (B) Scheduling a Final Hearing on the Motion Pursuant to Bankruptcy Rule 4001 and (C) Granting Related Relief* [Docket Number 13]; and

5.　　The "**DIP Accounts Motion**": *Motion for Authority to (1) Continue Use of Existing Bank Accounts at Keybank, N.A. with such Accounts to be Designated as Debtor-In-Possession Accounts; (2) Allow Other Existing Account to Remain Open to Facilitate Collection of Accounts Receivable; and (3) for Waiver of Investment Guidelines* [Docket Number 11].

The Court has considered the information contained in the Motion and finds that cause exists to conduct an expedited hearing on the Debtor's First Day Motions.

**IT IS ORDERED**, that the Motion is **GRANTED**. The First Day Motions shall be heard on **Wednesday, December 21, 2022 at 10:00 a.m.** (Eastern Time) (the "**Hearing**") before the Honorable Beth A. Buchanan, United States Bankruptcy Judge, United States Bankruptcy Court, Atrium Two, Suite 814, Courtroom 1, 221 East Fourth Street, Cincinnati, Ohio.

All persons attending the hearing in-person shall abide by CDC Guidelines with respect to courthouse entry and face coverings and shall further comply with any additional precautions required by Judge Buchanan (e.g., bring your own face covering in case it is needed).

As an alternative to attendance in-person, parties other than Debtor counsel and Debtor's authorized representative may choose to attend the hearing telephonically. However, any party attending telephonically is not permitted to present exhibits or examine or cross-examine witnesses. Please refer to the instructions for telephonic attendance of the hearing, including a call in number and access code (free of cost), in Judge Buchanan's *Instructions for Attendance*

*of Telephonic Hearings* located on the Bankruptcy Court's website at: www.ohsb.uscourts.gov under the Judges' Information / Judge Beth A. Buchanan / Policies and Procedures tab.

If you cannot access the instructions located on the website, please contact Judge Buchanan's Courtroom Deputy, Heather Gilliam, by telephone at (513) 684-2468 or by email at Heather_Gilliam@ohsb.uscourts.gov.

**IT IS FURTHER ORDERED THAT** parties in interest that seek to oppose the relief requested in the First Day Motions may do so by filing an objection prior to the Hearing and prosecuting the objection at the Hearing or by raising their objections orally during the Hearing.

**IT IS FURTHER ORDERED THAT**, that proposed counsel for the Debtor shall serve this Order, and the First Day Motions and the Declaration of Sumner M. Saeks in Support of Chapter 11 Petition and First Day Motions as follows:

1. On the date of entry of this Order, by email, facsimile, hand delivery, or overnight mail upon the following: (a) U.S. Trustee; (b) 20 largest unsecured creditors; (c) the holders of claims secured by general assets (excluding creditors with purchase money security interest liens) and (d) on the utility providers affected by the Utility Motion (collectively the "Noticing Parties").

2. Within one day following entry of this Order via regular U.S. Mail, postage prepaid on all creditors and parties in interest other than the Noticing Parties.

3. As soon as practicable after appointment, upon the Subchapter V Trustee via electronic mail.

**IT IS FURTHER ORDERED THAT**, the proposed counsel for the Debtor shall promptly file certificates of service regarding the notices provided to creditors and parties in interest in

accordance with this Order.

**No unauthorized recording of Court proceedings is permitted.**

**SO ORDERED**.

Copies to: Default List